# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

CHRISTIAN GUARDADO

DEFENDANT(S).

---

| FILED |
|---|
| Jan 07 2021 |
| SUSAN Y. SOONG |
| CLERK, U.S. DISTRICT COURT |
| NORTHERN DISTRICT OF CALIFORNIA |
| SAN FRANCISCO |

CR 21-0010 JD

# INDICTMENT

18 U.S.C. §§ 2252(a)(2) and (b) – Distribution of Child Pornography;
18 U.S.C. § 2253(a) - Forfeiture Allegation

---

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this __7th__ day of

__January, 2021__.

Stephen Ybarra

Clerk

Bail, $ __No Bail__

Hon. Alex G. Tse
U.S. Magistrate Judge

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED

Jan 07 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CHRISTIAN GUARDADO, <br> Defendant. | CASE NO. CR 21-0010 JD <br><br> VIOLATIONS: <br> 18 U.S.C. §§ 2252(a)(2) and (b) – Distribution of Child Pornography; <br> 18 U.S.C. § 2253(a) – Criminal Forfeiture <br><br> San Francisco |

# INDICTMENT

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. §§ 2252(a)(2) and (b) – Distribution of Child Pornography)

On or about February 21, 2019, in the Northern District of California, the defendant,

CHRISTIAN GUARDADO,

did knowingly distribute a visual depiction, using a means and facility of interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

INDICTMENT

FORFEITURE ALLEGATION:    (18 U.S.C. § 2253(a))

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense set forth in this Indictment, the defendant,

CHRISTIAN GUARDADO,

shall forfeit to the United States of America:

    a. any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense alleged above; and

    c. any property, real or personal, used or intended to be used to commit or to promote the commission of the offense alleged above.

The property to be forfeited includes, but is not limited to:

    a. One iPhone cellular phone (red) associated with phone number 650-544-8099, seized from defendant at his residence on June 3, 2020.

If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b)

INDICTMENT                                                    2

1  and Title 28, United States Code, Section 2461(c).

3      All pursuant to Title 18, United States Code, Section 2253, Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

6  DATED: January 7, 2021                    A TRUE BILL.

/s/
FOREPERSON

DAVID L. ANDERSON
United States Attorney

/s/ Yoosun Koh
YOOSUN KOH
Assistant United States Attorney

INDICTMENT                      3