1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division

4  YOOSUN KOH (NYBN 5245220)
   Assistant United States Attorney

5

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495

7        Telephone: (415) 436-7034
         FAX: (415) 436-7234

8        Yoosun.Koh@usdoj.gov

9  Attorneys for United States of America

**FILED**

Jan 07 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )   NO.:   C R 2 1 - 0 0 1 0   J D
                                       )
14          Plaintiff,                 )   MOTION TO SEAL DOCUMENTS
                                       )
15      v.                             )   ███████████
                                       )
16  CHRISTIAN GUARDADO,                )
                                       )
17          Defendant.                 )

18  _____

19        The United States, by and through its counsel, Assistant United States Attorney Yoosun Koh,

20  moves this Court for an order sealing the government's application for a sealing order, the sealing order,

21  the Indictment, the Arrest Warrant, and all attachments in the above-referenced case.  Disclosure of the

22  specified documents might jeopardize the defendant's arrest.

23        Accordingly, the United States requests that the Court seal these documents, except that the

24  Clerk of Court shall provide copies of the sealed documents to employees of the United States

25  Attorney's Office.  The United States further requests that the United States Attorney's Office be

26  permitted to share these documents as necessary to comply with its discovery obligations, and with

27  Department of Homeland Security.

28

1 DATED: January 7, 2021

Respectfully submitted,

2

DAVID L. ANDERSON
United States Attorney

3

4

/s/ Yoosun Koh

5

Yoosun Koh
Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28