DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

YOOSUN KOH (NYBN 5245220)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7034
    FAX: (415) 436-7234
    Yoosun.Koh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 21 CR 0010 JD |
| Plaintiff, | [PROPOSED] DETENTION ORDER |
| v. | |
| CHRISTIAN GUARDADO, | |
| Defendant. | |

On January 7, 2021, defendant Christian Guardado was charged by Indictment with distribution of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2) and (b).

This matter came before the Court on January 14, 2021 for a detention hearing. The defendant was present and represented by Erik Babcock. Assistant United States Attorney Yoosun Koh appeared for the government. A United States Pretrial Services Agency Officer was also present at the hearing. Pretrial Services submitted a report that recommended detention based on danger to the community. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of

conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: (1) the defendant's family home is not a suitable release location because that is where the alleged unlawful conduct, including filming of child pornography videos, occurred; (2) the defendant's family members lack moral suasion to ensure the defendant's compliance with conditions of supervised release; and (3) although the defendant has no criminal history, the charge against him is significant and the government's allegations, which include both possession and production of child pornography, are troubling.

These finding are made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: January 19, 2021

_____
HONORABLE ALEX G. TSE
United States Magistrate Judge