DocuSign Envelope ID: 2069280C-3AD5-4730-9B17-E8393D4930EA

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ District of _____

U.S.A.

Plaintiff (s),

V.

Christian Guardado

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3: 21-cr-00010-JD

Notice is hereby given that, subject to approval by the court, __Christian Guardado__ substitutes
(Party (s) Name)

__Steve Escovar__, State Bar No. __174961__ as counsel of record in
(Name of New Attorney)

place of __Erik Glen Babcock__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Escovar Law, APC
Address: 78 Orange Place, Pasadena, CA 91105
Telephone: (626) 577-7700    Facsimile (626) 577-7749
E-Mail (Optional): escovar@escovarlaw.com

I consent to the above substitution.
Date: 3-1-21
(Signature of Party (s))

I consent to being substituted.
Date: 3/5/2021

Erik Babcock
A0D5AB9D5684483...
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3-1-21
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]