STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

Yoosun Koh (NYBN 5245220)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7034
    FAX: (415) 436-7234
    Yoosun.Koh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 21-0010 JD |
|---|---|---|
|     Plaintiff, | ) | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING TO OCTOBER 18, 2021 AND EXCLUDE TIME FROM AUGUST 10, 2021 TO OCTOBER 18, 2021 AND [PROPOSED] ORDER |
|     v. | ) | |
| CHRISTIAN GUARDADO, | ) | |
|     Defendant. | ) | |

    A change of plea hearing is set for August 10, 2021 in the above-captioned case. Counsel for the United States and counsel for the defendant Christian Guardado request that the change of plea hearing be continued to October 18, 2021 and that time be excluded under the Speedy Trial Act from August 10, 2021 through October 18, 2021.

    The government has produced voluminous discovery to defense counsel and will produce additional discovery shortly. Defense counsel needs additional time to review discovery and investigate potential defenses and avenues for resolution. The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing discovery with the defendant. For this reason, the parties stipulate and agree that excluding time until October 18, 2021 will allow for the effective preparation of counsel. *See* 18 U.S.C.

§ 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from August 10, 2021 through October 18, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: August 6, 2021

/s/
YOOSUN KOH
Assistant United States Attorney

DATED: August 6, 2021

/s/
STEVE ESCOVAR
Counsel for Defendant Christian Guardado

### [PROPOSED] ORDER

The change of plea hearing set for August 10, 2021 is continued to October 18, 2021, and, based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from August 10, 2021 through October 18, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from August 10, 2021 to October 18, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 10, 2021 through October 18, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: August 9, 2021

HON. JAMES DONATO
United States District Judge