STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

Yoosun Koh (NYBN 5245220)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7034
    FAX: (415) 436-7234
    Yoosun.Koh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 21-0010 JD |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING TO APRIL 11, 2022 AND EXCLUDE TIME FROM FEBRUARY 28, 2022 TO APRIL 11, 2022 AND [PROPOSED] ORDER |
| v. | |
| CHRISTIAN GUARDADO, | |
| Defendant. | |

    A change of plea hearing is set February 28, 2022 in the above-captioned case. Counsel for the United States and counsel for the defendant Christian Guardado request that the change of plea hearing be continued to April 11, 2022 and that time be excluded under the Speedy Trial Act from February 28, 2022 through April 11, 2022.

    The government has produced voluminous discovery to defense counsel and will produce the last batch of discovery shortly. Defense counsel needs additional time to review discovery and investigate potential defenses and avenues for resolution. The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing discovery with the defendant. For this reason, the parties stipulate and agree that excluding time until April 11, 2022 will allow for the effective preparation of counsel. *See* 18 U.S.C.

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 21-0010 JD                                                                                             v. 7/10/2018

§ 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from February 28, 2022 through April 11, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: February 24, 2022

/s/
YOOSUN KOH
Assistant United States Attorney

DATED: February 24, 2022

/s/
STEVE ESCOVAR
Counsel for Defendant Christian Guardado

# [PROPOSED] ORDER

The change of plea hearing set for February 28, 2022 is continued to April 11, 2022, at 10:30 a.m., and, based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from February 28, 2022 through April 11, 2022 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from February 28, 2022 through April 11, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 28, 2022 through April 11, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: February 25, 2022

HON. JAMES DONATO
United States District Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 21-0010 JD                                                                                                    v. 7/10/2018