```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ZACHARY G.F. ABRAHAMSON (CABN 310951)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7261
    FAX: (415) 436-7234
    zachary.abrahamson2@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 21-CR-00010 |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE CHANGE OF |
| | ) PLEA HEARING AND EXCLUDE TIME FROM |
| v. | ) APRIL 11, 2022 TO JUNE 6, 2022 AND |
| | ) [PROPOSED] ORDER |
| CHRISTIAN GUARDADO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Christian Guardado, that the change of plea hearing set for April 11, 2022 be continued to June 6, 2022 and that time be excluded under the Speedy Trial Act between those dates.

Pursuant to the parties' stipulation, this Court on February 25, 2022 continued to April 11, 2022 the change of plea hearing in this matter. *See* Dkt. 40. Shortly after that continuance, the United States substituted counsel. *See* Dkt. 41 (Notice of Attorney Appearance – USA). The government's substitute counsel concluded the trial of another case on March 24, 2022 and has since begun preparing a plea agreement in this case. In order to provide defendant with sufficient time to review that agreement before the change of plea hearing, the parties jointly stipulate that the April 11, 2022 change of plea hearing in this matter should be continued to June 6, 2022.

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 21-CR-00010                                                                                          v. 7/10/2018

1  For this reason, the parties stipulate and agree that excluding time until June 6, 2022 will allow
2  for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate
3  and agree that the ends of justice served by excluding the time from April 11, 2022 through June 6, 2022
4  from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant
5  in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).
6  The undersigned Special Assistant United States Attorney certifies that he has obtained approval
7  from counsel for the defendant to file this stipulation and proposed order.

9  IT IS SO STIPULATED.

11 DATED:                                  /s/
                                            ZACHARY G.F. ABRAHAMSON
12                                          Special Assistant United States Attorney

13 DATED:                                  /s/
                                            STEVE ESCOVAR
14                                          Counsel for Defendant CHRISTIAN GUARDADO

**[PROPOSED] ORDER**

The change of plea hearing set for April 18, 2022 is continued to June 6, 2022, and, based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from April 11, 2022 through June 6, 2022 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from April 11, 2022 through June 6, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 11, 2022 through June 6, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:   4/11/2022

HON. JAMES DONATO
United States District Judge