STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ZACHARY G.F. ABRAHAMSON (CABN 310951)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7261
    FAX: (415) 436-7234
    zachary.abrahamson2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 21-CR-00010 |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING FROM SEPTEMBER 12, 2022 TO ~~NOVEMBER 7,~~ November 14 2022 AND ~~[PROPOSED]~~ ORDER |
| v. | |
| CHRISTIAN GUARDADO, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Christian Guardado, that the sentencing set for September 12, 2022 be continued to November 7, 2022.

At the June 6, 2022 change-of-plea hearing in this case, the Court set a sentencing date of September 12, 2022. Dkt. 47. After that June hearing, technical difficulties delayed receipt by U.S. Probation of materials associated with preparation of defendant's pre-sentence report. For that reason, and in view of the parties' and U.S. Probation's travel and professional conflicts this fall, the parties jointly request that the Court continue defendant's sentencing to ~~November 7, 2022~~ November 14, 2022 or to the soonest date thereafter convenient for the Court.

The undersigned Special Assistant United States Attorney certifies that he has obtained approval

from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: August 2, 2022                                    /s/
                                            ZACHARY G.F. ABRAHAMSON
                                            Special Assistant United States Attorney

DATED: August 2, 2022                                    /s/
                                            STEVE ESCOVAR
                                            Counsel for Defendant CHRISTIAN GUARDADO

**[PROPOSED] ORDER**

For good cause shown, defendant's sentencing hearing set for September 12, 2022 is continued to ~~November 7, 2022~~.  November 14, 2022, at 10:30 a.m.

IT IS SO ORDERED.

DATED: August 9, 2022

_____
HON. JAMES DONATO
United States District Judge