STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ALETHEA M. SARGENT (CABN 288222)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6474
    Fax: (415) 436-7234
    Email: alethea.sargent@usdoj.gov

*Attorney for United States of America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 3:21-CR-00010 JD |
|    Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE SENTENCING FROM JANUARY 30, 2023, TO FEBRUARY 20, 2023, AND [PROPOSED] ORDER |
|    v. ) | |
| CHRISTIAN GUARDADO, ) | |
|    Defendant. ) | |

    It is hereby stipulated by and between counsel for the United States and counsel for the defendant CHRISTIAN GUARDADO, that sentencing be continued from January 30, 2023, to February 20, 2023.

    The defendant was charged by INDICTMENT on January 7, 2021, and pled guilty on June 6, 2022, to violating 18 U.S.C. § 2252(a)(2), distribution of child pornography. The parties recently learned that the probation office intends to revise the Guidelines calculation from that presented in the Draft Presentence Report. Should the sentencing go forward as planned on January 30, 2023, the Final PSR would be due on today's date (January 9, 2023), giving the parties little or no time to register with the Probation Officer any concerns with or objections to the revised Guidelines calculations, including

through objections pursuant to Criminal Local Rule 32-4(b) and (c).  To give the parties sufficient time to analyze and respond to the new calculation, if necessary, and the Probation Officer time to consider those responses prior to issuing a Final PSR, the parties jointly request a three-week continuance of the sentencing to February 20, 2023.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: 1/9/23

/s/
ALETHEA M. SARGENT
Assistant United States Attorney

DATED: 1/9/23

/s/
STEVE ESCOVAR
Counsel for Defendant CHRISTIAN GUARDADO

### [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on January 9, 2023, IT IS HEREBY ORDERED that sentencing be continued from January 30, 2023, to February 27, 2023.

IT IS SO ORDERED.

DATED: January 11, 2023

JAMES DONATO
United States District Judge