ESCOVAR LAW, APC
STEVE ESCOVAR, Attorney At Law
State Bar Number: 174961
78 Orange Place
Pasadena, California 91105
Telephone: (626) 577-7700
Facsimile: (626) 577-7749
E-mail: escovar@escovarlaw.com

Attorneys for Defendant
CHRISTIAN GUARDADO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: CR 21-0010-JD |
| Plaintiff, | |
| vs. | **DEFENDANT'S POSITION REGARDING SENTENCING – SENTENCING MEMORANDUM –REQUEST FOR VARIANCE** |
| CHRISTIAN GUARDADO, | **DATE:** 02/27/2023 |
| Defendant. | **TIME:** 10:30 A.M. |
| | **PLACE:** HON. JAMES DONATO |

## **TABLE OF CONTENTS**

INTRODUCTION........................................................ 4

STATEMENT OF THE FACTS.............................................. 4

POINTS AND AUTHORITIES.............................................. 4

AFTER CALCULATING THE GUIDELINE RANGE, THIS COURT MUST CONSIDER THE
STATUTORY DIRECTIVES SET FORTH AT 18 U.S.C. § 3553(a) AT THE TIME OF
SENTENCING......................................................... 4

A.   The History and Characteristics of the Defendant............. 6

    1.   Christian Guardado Lacks Any Prior Criminal History........ 6

    2. Effect of Imprisonment on Mr. Guardado (Vulnerability)...... 6

    3. Post-Offense Rehabilitation by Mr. Guardado................ 6

    4. Mr. Christian Guardado's Personal History and Characteristics

        a.   Education........................................... 7

        b.   Work History........................................ 7

        c.   Self Improvement.................................... 7

        d.   Family Ties......................................... 8

        e.   Character References................................ 9

        f.   Community Service................................... 10

        g.   Mr. Guardado's Insight.............................. 11

        h.   Lack of Drug Treatment and Intervention............. 12

    5. Mr. Guardado Has a Low Likelihood of Re-offending.......... 12

    6. Restitution................................................ 12

CONCLUSION......................................................... 13

EXHIBITS........................................................... 14

1

## <u>TABLE OF AUTHORITIES</u>

2

3

18 U.S.C. § 3553(a)................................................... 5

18 U.S.C. section 3664(d)(5)........................................ 12

18 U.S.C. section 3612(f)(3)(A)..................................... 12

<u>United States v. Parish</u>, 308 F. 3d 1025, 1031 (9th Cir. 2002)....... 6

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## INTRODUCTION

The defendant Mr. Christian Guardado, by and through his attorney Steve Escovar, hereby submits his position regarding sentencing. The defense has received and reviewed the pre-sentence report of Monica Romero (U.S.P.O). Probation has calculated that the total base offense level is 36, with a range of 188-235 months, with a recommended variance proposing a 156 month sentence. Mr. Guardado prays that the Court imposes a 100 month sentence for the reasons stated below.

The Government is recommending a variance from the Guidelines in this matter consistent with Probation's recommendation. Additionally, Mr. Guardado has the following comments and recommendations:

Mr. Guardado's conduct in this case is significantly mitigated by his "extreme remorse", "post offense rehabilitation" and "personal history". In light of these and other factors 100 months of confinement is "sufficient, but not greater than necessary" to achieve the U.S.S.G. policy goals.

## STATEMENT OF THE FACTS

Mr. Guardado submits on the "Statement of the Facts" provided by Probation.

## POINTS AND AUTHORITIES

### I.

### AFTER CALCULATING THE GUIDELINE RANGE, THIS COURT MUST CONSIDER THE STATUTORY DIRECTIVES SET FORTH AT 18 U.S.C. § 3553(a) AT THE TIME OF SENTENCING

This sentencing memorandum sets forth the factors the Court must consider, after calculating the sentencing guidelines, in determining what type, and length, of sentence is <u>sufficient, but not greater than</u>

necessary, to comply with the statutory directives set forth in 18 U.S.C. § 3553(a).  The defense agrees with the sentencing guideline range calculation put forth by Probation and the Government.

 The primary directive in Section 3553(a) is for sentencing courts to "impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph 2."

Section 3553(a)(2) states that such purposes are:

(A)   to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

(B)   to afford adequate deterrence to criminal conduct;

(C)   to protect the public from further crimes of the defendant; and

(D)   to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

In determining the minimally sufficient sentence, Section 3553(a) further directs sentencing courts to consider the following factors:

1)   "the nature and circumstances of the offense and the history and characteristics of the defendant" (Section 3553(a)(1));

2)   "the kinds of sentences available" (Section 3553 (a)(3));

3)   "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct" (Section 3553(a)(6));

4)   "the need to provide restitution to any victims of the offense." (Section 3553(a)(7)).

In the present case, the following factors must be considered in determining what type, and length, of sentence is sufficient, but not greater than necessary, to satisfy the purposes of sentencing:

## A. The History and Characteristics of the Defendant

### 1.   Christian Guardado Lacks Any Prior Criminal History.

Christian Guardado is presently 26 years old and he has <u>no prior criminal history</u>. His criminal history score is zero "0" and his criminal history category is I.  At the time of the relevant conduct in 2019, Mr. Guardado was only 22 years old.

### 2. Effect of Imprisonment on Mr. Guardado

Given Mr. Guardado's youthful age, 100 months of confinement is sufficient to impress upon him and society the gravity of the offense. It is also sufficient time to deter any risk of future malfeasance on Mr. Guardado's part, no additional time would be necessary to achieve any of the sentencing objectives set forth in 18 U.S.C. § 3553(a).

Additionally, "A defendant's unusual susceptibility to abuse by other inmates in prison" can support a sentencing reduction. <u>United States v. Parish</u>, 308 F. 3d 1025, 1031 (9th Cir. 2002). Given Mr. Guardado's sexual orientation, he is a vulnerable target for abuse in prison. Mr. Guardado asks the Court to consider that vulnerability in its sentencing discretion.

### 3. Post-Offense Rehabilitation by Mr. Guardado

Since this offense, Mr. Guardado has committed himself to reforming his understanding of sexual behavior. Mr. Guardado has taken steps to obtain all information available to him related to self-improvement and self-understanding. Since this offense, Mr. Guardado has re-focused his

life and is dedicated to working, educating, and caring for his friends and family through regular correspondence.

### 4. Mr. Christian Guardado's Personal History and Characteristics.

Mr. Guardado is twenty-six (26) years old and has no prior criminal history or contacts.

#### a.    Education

Mr. Guardado obtained his "Associate of Science" in "Business Management/Leadership" from "Santa Monica College." (Exhibit "A"). He then attended and graduated from "San Francisco State University" and obtained a "Bachelor of Arts" with a major in "Communications" and a minor in "International Relations." (Exhibit "B"). As a student at "San Francisco State University," Mr. Guardado maintained the "Dean's List." (Exhibit "B").

#### b.    Work History

At the time of this incident, Mr. Guardado was working at "The Counter Burger Restaurant" in San Mateo, California. (Exhibit "C").

#### c.    Self Improvement

Additionally, Mr. Guardado has received several certificates and acknowledgments for his eagerness to learn and excel. Some of these certificates include: first place in "Global Citizenship Research Symposium and Tournament" from "Santa Monica College," "Associate of Science" in "Business Management/Leadership" from "Santa Monica College," "Certificate of Completion" in "Financial Literacy" from "Western Association of Schools and Colleges," "Certificate of Completion" in "Baking & Serve Safe" from "Western Association of

Schools and Colleges," "Completion of Union Apprentice Trades Sustainable Building Practices" from "Five Keys Schools and Programs," "Completion of Union Apprentice Heritage of the Union Worker" from "Five Keys Schools and Programs," "Certificate of Achievement in Art" from "Western Association of Schools and Colleges," "Completion of Union Apprentice – Construction Framing and Building Basics" from "Five Keys Schools and Programs," "Completion of Union Apprentice Tools and Materials" from "Five Keys Schools and Programs," "Completion of Union Apprentice Orientation and Union Construction Trades" from "Five Keys Schools and Programs," "Student of the Month" for exemplary performance in "Culinary Arts Program" from "Five Keys Schools and Programs." (Exhibit "D").

### d.   Family Ties

Mr. Guardado is regarded as a family-oriented person and is committed to caring for his family. Tragically, Mr. Guardado's father passed away from an aggressive form of brain cancer in 2016. (Exhibit "E"). Mr. Guardado quickly had to assume the position as head-of-household and became a strong emotional and spiritual support to his mother and younger siblings. (Exhibit "E"). Mr. Guardado also took on the large responsibility of assisting his family financially while also working hard to fund and pursue his educational goals. (Exhibit "E"). Ms. Christina Damas, who has been close friends with Mr. Guardado for over seven (7) years, also highlights how he was forced to comprehend a long life ahead of him without a father but that he stepped up into becoming the man of the household taking care of his mother, grandmother and two younger siblings emotionally, physically and financially.

(Exhibit "F"). After the passing of his father, Mr. Guardado's grandmother began to experience signs and symptoms of early onset dementia and came to live with their family. (Exhibit "G"). Prior to his arrest, Mr. Guardado provided care and emotional support to his grandmother and often cooked and fed her. (Exhibit "G"). Ms. Valerie Arevalo, Mr. Guardado's cousin, recalls Mr. Guardado being very sweet and patient with his grandmother and mother and that Mr. Guardado has been a pillar to his mother in the past years. (Exhibit "H"). Ms. Rosaura Anabel Arevalo, Mr. Guardado's aunt, states that she recalls during COVID-19, Mr. Guardado would drive to go see his grandmother every day through the window to cheer her up. (Exhibit "I").

Mr. Guardado's mother, Mrs. Angela M. Martinez de Guardado, describes her son as a very sensitive, intelligent, talented, honest and noble individual who, when he let his family know that he was gay, advocated and lead LGBTQ+ youth in High School. Mrs. Guardado further explains that her husband's passing shocked the whole family to the root and that everything was disrupted in the most important years of her children's lives. Despite all this, she explains that Mr. Guardado was able to complete school with honors and help her take care of their family. (Exhibit "J"). Ms. Rosaura Anabel Arevalo, also states that he is his mother's right-hand-man who she counts on to help with the household needs and has been a good older brother to his two younger siblings. (Exhibit "I").

### e. Character References

All those that have written letters on Mr. Guardado's behalf attesting to his character describe him as a role model, mentor and a

tremendous supporter to those he comes into contact with throughout his life. (Exhibit "K"). Mr. Guardado is regarded as a person that positively influences others to achieve their goals. For example, Mr. Guardado has encouraged his friends and family to finish their education and work hard to excel within their career. (Exhibit "K"). Mr. Guardado also provides emotional support and friendship to those in need. For example, Mr. Emmett Coleman, who met Mr. Guardado around January 2018, describes Mr. Guardado to be someone who makes him feel safe, welcomed, and appreciated as a LGBTQ+ member as he has shown Mr. Coleman acts of kindness such as introducing him to new friends when he lost his at a local club. (Exhibit "L"). Additionally, Mr. Tom Webster, who is friends with Mr. Guardado, states that Mr. Guardado's support as a friend has been unmatched and that he has a sense of empathy that cannot go unnoticed. (Exhibit "M").

### f.   Community Service

Mr. Guardado is dedicated to community outreach. In particular, Mr. Guardado has a long history of activism and community organization in the LGBTQ+ community. (Exhibit "N"). Mr. Guardado seeks to advocate for justice and equality and has inspired many others in Northern California to proactively seek change. Mr. Erik Camacho, who connected with Mr. Guardado due to their similar backgrounds, states that Mr. Guardado is an influential leader who has already impacted his local community by doing advocacy work for anti-bullying policies and diversity and inclusions of under represented minorities. (Exhibit "O").

Mr. Guardado has also helped his community by what Mr. Dulce Franco, the manager of a local bar, describes as de-escalating what

could have been a very dangerous situation by keeping a cool demeanor and answering all questions of law enforcement after a man pulled out a gun and sat it at the counter table in front of Mr. Guardado. (Exhibit "P").

### g.   Mr. Guardado's Insight

Mr. Guardado has been incarcerated for approximately two (2) years and states that it took him being incarcerated to realize that he has perpetrated the vicious cycle that he was in himself. Mr. Guardado states that as a teenager who was coming to terms with his sexuality, his only contact with other gay males was through "Craigslist" where he claimed he was eighteen (18) when in fact he was thirteen (13). Mr. Guardado explains that he was sexually exploited, raped, pimped and groomed by adults ages from twenty (20) to seventy (70) years old. For this reason, Mr. Guardado states that his thoughts on age became skewed and obsolete. He became a sexualized object during his time in high school and lived a double life while being abused and raped by much older men. Coming to jail and being away from his family helped him come to terms with his dark past. Additionally, Mr. Guardado explains that it was the twenty (20) year olds in his life that mentored and showed him kindness and helped steer his life to activism and non-profit organizations. Mr. Guardado wishes to bestow guidance on the new generation but instead has brought pain and suffering to all those around him. Mr. Guardado further states that he knows the physical and emotional toll these types of actions impose firsthand and as a result humbly accepts all steps required for proper rehabilitation.

### h.   Lack of Drug Treatment and Intervention

Mr. Guardado has a long history of drug use and experimentation. He has had no significant exposure to any rehabilitative services. To the extent he may become eligible for any drug treatment program, including RDAP, Mr. Guardado requests such a recommendation from the court.

### 5. Mr. Guardado Has a Low Likelihood of Re-offending.

As a purpose of sentencing, Section 3553(a)(2) seeks to consider the protection of the public from further crimes of the defendant. In this matter, after serving this lengthy sentence, and given his post offense rehabilitation, given the amount of time he will have to reflect the serious consequences of his behavior, and given the fact that he has no prior criminal record, Mr. Guardado has a low likelihood of re-offending.

### 6. Restitution

Mr. Guardado agrees to pay restitution. Mr. Guardado requests that restitution be addressed within 90 days of the sentencing hearing pursuant to 18 U.S.C. section 3664(d)(5). Additionally, to facilitate the payments of restitution, Mr. Guardado will ask this court to exercise its discretion and waive interest on the restitution amount. *See* 18 U.S.C. section 3612(f)(3)(A)(court may waive interest if it "determines that the defendant does not have the ability to pay interest").

/ / /

/ / /

/ / /

**CONCLUSION**

To reflect the seriousness of the offense, to promote respect for the law, to provide just punishment for the offense and to provide sufficient deterrence to the public, we believe that 100 months of confinement would be sufficient but not greater than necessary under these circumstances.

Mr. Guardado's lack of prior criminal history, his tragic and compelling personal history may properly be considered by the Court in concluding that 100 months is "sufficient, but not greater than necessary" to achieve a just sentence in this matter.

Dated: 2/10/2023

Respectfully submitted,

ESCOVAR LAW, APC

By: _____/S/_____
       STEVE ESCOVAR
       Attorney for Defendant
       CHRISTIAN GUARDADO

# EXHIBITS

1
2
3
4
5
6
7
8
9
10
11
12
13        **EXHIBIT "A"**
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Santa Monica College

Upon recommendation of the Faculty and
under authorization of the Board of Trustees has conferred upon

## Christian Guardado

the

## Associate of Science

in

## Business Management/Leadership

with all Rights, Benefits and Privileges appertaining thereto.

Given at Santa Monica, California, this nineteenth day of December
two thousand and seventeen

Honors



Chair, Board of Trustees

Superintendent/President of the College

EXHIBIT "B"


SAN FRANCISCO STATE UNIVERSITY

UNOFFICIAL TRANSCRIPT

Page 1 of 4

**Name:**   Christian Guardado

Birthdate:
Print Date:            15/09/2020

### Transfer Credits

Transfer Credit from Santa Monica College
Applied Toward Undergrad Degree-FA

| | | | Attempted | Earned | | Points |
|---|---|---|---|---|---|---|
| Course Trans GPA: | 2.857 | Transfer Totals: | 70.000 | 70.000 | | 200.00 0 |

Transfer Credit from College of San Mateo
Applied Toward Undergrad Degree-FA

| | | | Attempted | Earned | | Points |
|---|---|---|---|---|---|---|
| Course Trans GPA: | 3.538 | Transfer Totals: | 22.000 | 13.000 | | 46.000 |

Transfer Credit from Canada College
Applied Toward Undergrad Degree-FA

| | | | Attempted | Earned | | Points |
|---|---|---|---|---|---|---|
| Course Trans GPA: | 4.000 | Transfer Totals: | 6.000 | 3.000 | | 12.000 |

### Beginning of Undergraduate Record

#### FA2018

**Plan:**                 **Communication Studies Major**

**Session: Academic Regular Session**

| Course | | Description | Units | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| COMM | 304GW | WRITING COMM & MASCULINE-GWAR | 4.00 | 4.00 | A | 16.00 |
| COMM | 552 | PERFORMANCE AND FEMINISM | 4.00 | 4.00 | A | 16.00 |
| COMM | 553 | PERFORMANCE AND IDENTITY | 4.00 | 4.00 | A- | 14.80 |
| HUM | 390 | IMAGES OF EROTICISM | 3.00 | 3.00 | A | 12.00 |
| RRS | 101 | INTRO TO ARAB/MUSLIM COMMNTIES | 3.00 | 3.00 | A | 12.00 |

| | | | Units | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| **Term GPA** | 3.93 | **Term Totals** | 18.00 | 18.00 | 18.00 | 70.80 |
| **SF State GPA** | 3.93 | **SF State Totals** | 18.00 | 18.00 | 18.00 | 70.80 |
| **Combined Cum GPA** | 3.16 | **Combined Totals** | 116.00 | 88.00 | 104.00 | 328.80 |

Term Honor:          Dean's List

#### SP2019

**Plan:**                 **Communication Studies Major**



**SAN FRANCISCO STATE UNIVERSITY**

**UNOFFICIAL TRANSCRIPT**

**Name:** Christian Guardado

---

**Session: Academic Regular Session**

| Course | | Description | Units | Earned | Grade | Points |
|--------|---|-------------|-------|--------|-------|--------|
| BIOL | 327 | AIDS: THE MODERN EPIDEMIC | 3.00 | 3.00 | B+ | 9.90 |
| COMM | 543 | DIALOGUES ACROSS DIFFRNCS | 4.00 | 4.00 | A- | 14.80 |
| COMM | 663 | PERFORMATIVE METHODS IN COMM | 4.00 | 4.00 | A- | 14.80 |
| RRS | 380 | COLORING QUEER: IMAGINING COMM | 3.00 | 3.00 | A | 12.00 |

| | | | Units | Earned | GPA Units | Points |
|--|--|--|-------|--------|-----------|--------|
| Term GPA | 3.67 | **Term Totals** | 14.00 | 14.00 | 14.00 | 51.50 |

| | | | | | | |
|--|--|--|--|--|--|--|
| SF State GPA | 3.82 | **SF State Totals** | 32.00 | 32.00 | 32.00 | 122.30 |
| Combined Cum GPA | 3.22 | **Combined Totals** | 130.00 | 102.00 | 118.00 | 380.30 |

Term Honor: Dean's List

**SU2019**

Plan: **Communication Studies Major**
Plan: **International Relations Minor**

Plan: **Conflict Resolution Certificate**

**Session: Summer Regular Session 1**

| Course | | Description | Units | Earned | Grade | Points |
|--------|---|-------------|-------|--------|-------|--------|
| I R | 310 | U.S. FOREIGN POLICY | 4.00 | 4.00 | D | 4.00 |
| SXS | 300 | INTRO TO HUMAN SEXUALITY | 3.00 | 3.00 | C- | 5.10 |

**Session: Summer Regular Session 3**

| Course | | Description | Units | Earned | Grade | Points |
|--------|---|-------------|-------|--------|-------|--------|
| COMM | 531 | CONFLICT RESOLUTION | 4.00 | 4.00 | C | 8.00 |

| | | | Units | Earned | GPA Units | Points |
|--|--|--|-------|--------|-----------|--------|
| Term GPA | 1.55 | **Term Totals** | 11.00 | 11.00 | 11.00 | 17.10 |

| | | | | | | |
|--|--|--|--|--|--|--|
| SF State GPA | 3.24 | **SF State Totals** | 43.00 | 43.00 | 43.00 | 139.40 |
| Combined Cum GPA | 3.08 | **Combined Totals** | 141.00 | 113.00 | 129.00 | 397.40 |

**FA2019**

Plan: **Communication Studies Major**
Plan: **International Relations Minor**

Plan: **Conflict Resolution Certificate**

 **SAN FRANCISCO STATE UNIVERSITY**

**UNOFFICIAL TRANSCRIPT**

Name:     Christian Guardado

---

**Session: Other Residence Credit Session**

| Course | | Description | Units | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| EXCH | 100 | LOWER DIV OTHER INST EXCHANGE | 3.00 | 3.00 | A | 12.00 |
| Transcript Note: | | COMM 250:Introduction to Group Discussion and Teamwork | | | | |
| EXCH | 300 | UPPER DIV OTHER INST EXCHANGE | 2.00 | 2.00 | A | 8.00 |
| Transcript Note: | | COMM 503: Gender and Communication | | | | |
| EXCH | 300 | UPPER DIV OTHER INST EXCHANGE | 3.00 | 3.00 | C+ | 6.90 |
| Transcript Note: | | I R 312: Introduction to International Political Economy | | | | |
| EXCH | 300 | UPPER DIV OTHER INST EXCHANGE | 3.00 | 3.00 | B- | 8.10 |
| Transcript Note: | | I R 315: Introduction to Global Peace Studies Economy | | | | |
| EXCH | 300 | UPPER DIV OTHER INST EXCHANGE | 3.00 | 3.00 | A | 12.00 |
| Transcript Note: | | SA: Emerging Countries | | | | |

| | | | Units | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| **Term GPA** | 3.35 | **Term Totals** | 14.00 | 14.00 | 14.00 | 47.00 |
| | | | | | | |
| **SF State GPA** | 3.27 | **SF State Totals** | 57.00 | 57.00 | 57.00 | 186.40 |
| **Combined Cum GPA** | 3.10 | **Combined Totals** | 155.00 | 127.00 | 143.00 | 444.40 |

**SP2020**

Plan:          **Communication Studies Major**
Plan:          **International Relations Minor**

Plan:          **Conflict Resolution Certificate**

**Session: Academic Regular Session**

| Course | | Description | Units | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| COMM | 670 | SEMINAR IN COMMUNICATN STUDIES | 2.00 | 2.00 | C- | 3.40 |
| I R | 640 | FIELD STUDY IN I R | 2.00 | 2.00 | A | 8.00 |

**Session: Other Residence Credit Session**

| Course | | Description | Units | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| EXCH | 300 | UPPER DIV OTHER INST EXCHANGE | 2.00 | 0.00 | NC | 0.00 |
| Transcript Note: | | SA: Contemporary artistic movements | | | | |
| EXCH | 300 | UPPER DIV OTHER INST EXCHANGE | 3.00 | 3.00 | A | 12.00 |
| Transcript Note: | | SA: Representation and identity in the media | | | | |
| EXCH | 300 | UPPER DIV OTHER INST EXCHANGE | 3.00 | 3.00 | A | 12.00 |
| Transcript Note: | | I R 308: Fundamentals of International Relations Theories, Issues, and | | | | |
| EXCH | 300 | UPPER DIV OTHER INST EXCHANGE | 3.00 | 3.00 | A | 12.00 |
| Transcript Note: | | I R 331: Global Environmental Crisis | | | | |
| EXCH | 300 | UPPER DIV OTHER INST EXCHANGE | 3.00 | 3.00 | A | 12.00 |
| Transcript Note: | | SA: Global Health 3 A | | | | |

| | | | Units | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| **Term GPA** | 3.71 | **Term Totals** | 18.00 | 16.00 | 16.00 | 59.40 |
| | | | | | | |
| **SF State GPA** | 3.36 | **SF State Totals** | 75.00 | 73.00 | 73.00 | 245.80 |
| **Combined Cum GPA** | 3.16 | **Combined Totals** | 173.00 | 143.00 | 159.00 | 503.80 |

**FA2020**

Plan:          **Communication Studies Major**
Plan:          **International Relations Minor**



**SAN FRANCISCO STATE UNIVERSITY**

UNOFFICIAL TRANSCRIPT

Name:   Christian Guardado

Plan:                        **Conflict Resolution Certificate**

**Session: Academic Regular Session**

| Course | | Description | Units | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| A U | 694 | INTERDISCIPLINE PERSP STD ABRD | 1.00 | 0.00 | | 0.00 |
| COMM | 695 | COMM STUDIES INTERNSHIP | 4.00 | 0.00 | | 0.00 |
| I R | 309GW | IR ANALYSIS & APPLICATNS-GWAR | 4.00 | 0.00 | | 0.00 |
| I R | 430 | ISRAEL DEMOCRACY & SOCIETY | 3.00 | 0.00 | | 0.00 |
| SXS | 400 | VARIATIONS IN HUMAN SEXUALITY | 3.00 | 0.00 | | 0.00 |
| SXS | 680 | COLLOQUIUM IN HUMAN SEXUALTY | 3.00 | 0.00 | | 0.00 |

| | | | Units | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 0.00 | **Term Totals** | 18.00 | 0.00 | 0.00 | 0.00 |
| **SF State GPA** | 3.36 | **SF State Totals** | 93.00 | 73.00 | 73.00 | 245.80 |
| **Combined Cum GPA** | 3.16 | **Combined Totals** | 191.00 | 143.00 | 159.00 | 503.80 |

**Undergraduate Career Totals**

| | | | | | | |
|---|---|---|---|---|---|---|
| **SF State Cum GPA:** | 3.36 | **SF State Totals** | 93.00 | 73.00 | 73.00 | 245.80 |
| **Combined Cum GPA** | 3.16 | **Combined Totals** | 191.00 | 143.00 | 159.00 | 503.80 |

*The Combined Earned Units from ALL Transfer Institutions have been adjusted down by 16.00 units*

End of Undergraduate Coursework

EXHIBIT "C"

**Employee Reference Copy**

W-2 **Wage and Tax Statement** 2020

OMB No. 1545-0008

Copy C for employee's records.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000357 SANF/F2C 002200 | | A | 24 |

c Employer's name, address, and ZIP code

Batch #02138

e/f Employee's name, address, and ZIP code

**CHRISTIAN GUARDADO**

| b Employer's FED ID number | a Employee's S.S.A number |
|---|---|
| 1 Wages, tips, other comp. 2787.10 | 2 Federal income tax withheld 257.22 |
| 3 Social security wages 1197.10 | 4 Social security tax withheld 172.80 |
| 5 Medicare wages and tips 2787.10 | 6 Medicare tax withheld 40.41 |
| 7 Social security tips 1590.00 | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other 27.87 SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp,Ret. plan,3rd party sick pay |
| 15 State Employer's state ID no. CA | 16 State wages, tips, etc. 2787.10 |
| 17 State income tax 48.26 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | CA. State Wag Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 2,787.10 | 2,787.10 | 2,787.10 | 2,787.10 |
| Less Taxable Tips | N/A | 1,590.00 | N/A | N/A |
| Reported W-2 Wages | 2,787.10 | 1,197.10 | 2,787.10 | 2,787.10 |

2. Employee Name and Address.

**CHRISTIAN GUARDADO**

© 2020 ADP, Inc.

← Fold and Detach Here →

| 1 Wages, tips, other comp. 2787.10 | 2 Federal income tax withheld 257.22 |
|---|---|
| 3 Social security wages 1197.10 | 4 Social security tax withheld 172.80 |
| 5 Medicare wages and tips 2787.10 | 6 Medicare tax withheld 40.41 |
| d Control number 000357 SANF/F2C 002200 | Dept. Corp. Employer use only A 24 |
| c Employer's name, address, and ZIP code | |

| 1 Wages, tips, other comp. 2787.10 | 2 Federal income tax withheld 257.22 |
|---|---|
| 3 Social security wages 1197.10 | 4 Social security tax withheld 172.80 |
| 5 Medicare wages and tips 2787.10 | 6 Medicare tax withheld 40.41 |
| d Control number 000357 SANF/F2C 002200 | Dept. Corp. Employer use only A 24 |
| c Employer's name, address, and ZIP code | |

| 1 Wages, tips, other comp. 2787.10 | 2 Federal income tax w |
|---|---|
| 3 Social security wages 1197.10 | 4 Social security tax w |
| 5 Medicare wages and tips 2787.10 | 6 Medicare tax withhel |
| d Control number 000357 SANF/F2C 002200 | Corp. Employer A |
| c Employer's name, address, and ZIP code | |

| 1590.00 | Allocated tips |
|---|---|
| | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other 27.87 CA SDI | 12b |
| | 12c |
| | 13 Stat emp,Ret. plan,3rd party sick pay |

e/f Employee's name, address and ZIP code
**CHRISTIAN GUARDADO**

| 1590.00 | Allocated tips |
|---|---|
| | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other 27.87 CA SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp,Ret. plan,3rd party sick pay |

e/f Employee's name, address and ZIP code
**CHRISTIAN GUARDADO**

| 1590.00 | Allocated tips |
|---|---|
| | 10 Dependent care bene |
| 11 Nonqualified plans | 12a |
| 14 Other 27.87 CA SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp,Ret. plan 3rd pa |

e/f Employee's name, address and ZIP code
**CHRISTIAN GUARDADO**

| 15 State CA | 16 State wages, tips, etc. 2787.10 |
|---|---|
| 17 State income tax 48.26 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**CA State Reference Copy**
W-2 **Wage and Tax Statement** 2020

| 15 State CA | no. 16 State wages, tips, etc. 2787.10 |
|---|---|
| 17 State income tax 48.26 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**CA State Filing Copy**
W-2 **Wage and Tax Statement** 2020

Copy 2 to be filed with employee's State Income Tax Return.

| 15 State CA | no. 16 State wages, tips, etc 27 |
|---|---|
| 17 State income tax 48.26 | 18 Local wages, tips, et |
| 19 Local income tax | 20 Locality name |

**CA State Filing Copy**
W-2 **Wage and Tax Statement** 202

# File by Mail Instructions for your 2019 Federal Tax Return
**Important: Your taxes are not finished until all required steps are completed.**

(If you prefer, you can still e-file. Go to the end of these instructions for more information.)



Christian Guardado

| | |
|---|---|
| **Balance Due/ Refund** | Your federal tax return (Form 1040) shows you are due a refund of $2,237.00. Your refund will be direct deposited into the following account: Account Number: ███████ Routing Transit Number: |
| **What You** | Your tax return – The official return for mailing is included in |

## 2019 W-2 and EARNINGS SUMMARY

**W-2 Wage and Tax Statement 2019**
Employee Reference Copy

d Control number 000357 SANF/P2C 002200   Dept. Corp. A   Employer use only 34

c Employer's name, address, and ZIP code
███████

Batch #01313

e/f Employee's name, address, and ZIP code
CHRISTIAN GUARDADO
███████

| | |
|---|---|
| 13678.96 | 1237.34 |
| 3 Social security wages 7817.96 | 4 Social security tax withheld 848.10 |
| 5 Medicare wages and tips 13678.96 | 6 Medicare tax withheld 198.34 |
| 7 Social security tips 5881.00 | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other   ₱ 138.79 SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp/Ret. plan/3rd party sick pay |
| 15 State CA | 16 State wages, tips, etc. 13678.96 |
| 17 State income tax 218.74 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement and W-4 profile. The reverse side includes instructions and other general information.

**1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | CA State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 13,678.96 | 13,678.96 | 13,678.96 | 13,678.96 |
| Less Taxable Tips | N/A | 5,861.00 | N/A | N/A |
| Reported W-2 Wages | 13,678.96 | 7,817.96 | 13,678.96 | 13,678.96 |

**2. Employee Current W-4 Profile.** To make changes, file a new W-4 with your payroll department.

CHRISTIAN GUARDADO
███████

Social Security Number 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
Taxable Marital Status: SINGLE
Exemptions/Allowances
FEDERAL: 0
STATE: 0

© 2018 ADP, LLC

| | |
|---|---|
| **Your Mind About e-filing?** | the File tab, then select the E-file category. We'll walk you through the process. Once you file, we will let you know if your return is accepted (or rejected) by the Internal Revenue Service. |

**Page 1 of 1**

## File by Mail Instructions for your 2018 California Tax Return
**Important: Your taxes are not finished until all required steps are completed.**

(If you prefer, you can still e-file. Go to the end of these instructions for more information.)



Christian Guardado

| | |
|---|---|
| **Balance Due/ Refund** | Your California state tax return (Form 540) shows you are due a refund of $225.00. Your refund will be direct deposited into the following account: Account Number: ▓▓▓▓▓▓ Routing Transit Number: ▓▓▓▓▓ |
| **What You Need to Mail** | Your tax return - The official return for mailing is included in this printout. Remember to sign and date the return.<br><br>Attach the following to your California tax return:<br>- a copy of your federal return |

## 2018 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2018 pay stub plus any adjustments submitted by your employer.**

| | | | | |
|---|---|---|---|---|
| Gross Pay | 15031 71 | Social Security Tax Withheld Box 4 of W-2 | 931.97 | CA. State Income Tax Box 17 of W-2 210.43 |
| | | | | SUI/SDI/FLI Box 14 of W-2 150.32 |
| Fed. Income Tax Withheld Box 2 of W-2 | 1334.21 | Medicare Tax Withheld Box 6 of W-2 | 217.96 | |

**2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | CA. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 15,031.71 | 15,031.71 | 15,031.71 | 15,031.71 |
| Less Taxable Tips | N/A | 6,180.00 | N/A | N/A |
| Reported W-2 Wages | 15,031.71 | 8,851.71 | 15,031.71 | 15,031.71 |

**3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.**



CHRISTIAN GUARDADO

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 0
STATE: 0

---

**Employee Reference Copy**

**W-2** Wage and Tax **2018** Statement

Copy C for employee's records.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000357 SANF/F2C 002200 | | A | 42 |

c

Batch #01271

e/f Employee's name, address, and ZIP code
**CHRISTIAN GUARDADO**

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 15031.71 | 1334.21 |
| 3 Social security wages | 4 Social security tax withheld |
| 8851.71 | 931.97 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 15031.71 | 217.96 |
| 7 Social security tips | 8 Allocated tips |
| 6180.00 | |
| 9 Verification Code | 10 Dependent care benefits |
| caa9-b659-d11b-6ab6 | |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| 150.32 SDI | 12c |
| | 12d |
| | 13 Stat emp/Ret. plan/3rd party sick pay |
| 15 State | 16 State wages, tips, etc. |
| CA | 15031.71 |
| 17 State income tax | 18 Local wages, tips, etc. |
| 210.43 | |
| 19 Local income tax | 20 Locality name |

© 2018 ADP, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "D"



Congratulations to

# CHRISTIAN GUARDADO

First Place ~ Personal Reflection

*My South Africa*

in the eighth Annual Global Citizenship Research
Symposium and Tournament

May 2017

Kathryn E. Jeffery
Superintendent/President

Gordon Dossett, Chair
Global Citizenship Committee



# CERTIFICATE of COMPLETION

## Five Keys Schools & Programs

Career Technical Education Program

This Certificate is Presented to

## Christian Guardado

*In recognition of successful completion in*

## Financial Literacy

Award Date: 02/22/2022

Patricia Richard, East Bay Regional Director

five Keys
schools and
programs



# CERTIFICATE of COMPLETION

## Five Keys Schools & Programs

Career Technical Education Program

This Certificate is Presented to

## Christian Guardado

*In recognition of successful completion in*

## Baking & Serve Safe

Award Date: 04/29/2022

Patricia Richard, East Bay Regional Director



**five keys** schools and programs ★ **NABTU** ◆ *MC3*

COMPLETION OF *"UNION APPRENTICE TRADES SUSTAINABLE BUILDIGN PRACTICES"*

*awarded to*

## GUARDADO, CHRISTIAN

*in recognition of
your dedication, passion, and hard work
This is a Completion Certificate only for the chapter listed above*

MC3/NABTU Instructor: *Tim Blasquez*

Date: 1-25-22



**five keys** schools and programs ★ **NBTU** ★ *MC3*

COMPLETION OF "UNION APPRENTICE HERITAGE OF THE UNION WORKER"

*awarded to*

## GUARDADO, CHRISTIAN

*in recognition of*
*your dedication, passion, and hard work*
*This is a Completion Certificate only for the chapter listed above*

Date: 4 - 25-22

MC3/NABTU Instructor: *Tim Blasquez*



# CERTIFICATE of ACHIEVEMENT

## Five Keys Schools & Programs

Career Technical Education Program

This Certificate is Presented to

## Christian Guardado

*In recognition of outstanding achievement in*

### Art

Award Date: 04/22/2022

_Patricia Richard_

Patricia Richard, East Bay Regional Director

five
Keys
schools and
programs



five keys
schools and programs

★ NABTU ★

MC3

COMPLETION OF "UNION APPRENTICE — CONSTRUCTION FRAMING AND BUILDING BASICS"

*awarded to*

Guardado, Christian

*in recognition of*
*your dedication, passion, and hard work*

This is a Completion Certificate only for the chapter listed above

MC3/NABTU Instructor *Tim Blasquez*

Date: 4 - 5 - 22



five keys schools and programs ★ NABTU ★ MC3

COMPLETION OF "UNION APPRENTICE TOOLS AND MATERIALS"

awarded to

GUARDADO, CHRISTIAN

in recognition of
your dedication, passion, and hard work
This is a Completion Certificate only for the chapter listed above

3-20-22

Date:

_____
MC3/NABTU Instructor Tim Blasquez



five keys schools and programs ★ MBTU ★ MC3

COMPLETION OF "UNION APPRENTICE ORIENTATION AND UNION CONSTRUCTION TRADES"

awarded to

GUARDADO, CHRISTIAN

in recognition of
your dedication, passion, and hard work
This is a Completion Certificate only for the chapter listed above

Date: 3-10-22

MC3/NABTU Instructor Tim Blasquez



# Student of the Month

## Five Keys Schools & Programs

Career Technical Education Program

Presented to

# Christian Guardado

For exemplary performance during February 2022 in the

## Culinary Arts Program

Award Date: February 28, 2022

Melanie Fukuhara, Principal

1
2
3
4
5
6
7
8
9
10
11
12
13          EXHIBIT "E"
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jennifer Menjivar-Lopez, MD



February 23, 2021

RE: Mr. Christian Guardado

To whom it may concern,

I am writing this letter on behalf of Christian Guardado. My name is Dr. Jennifer Menjivar-Lopez and I am a pediatrician caring for children from underserved communities in San Francisco. More importantly, Mr. Guardado is my cousin, who I have known his entire life. Over the past two and a half decades, I have had the pleasure of witnessing him grow and mature into a kind and trustworthy young man. I was shocked to learn about this investigation as he has always been level-headed and genuine.

Mr. Guardado has shown remarkable resilience through great personal tragedy that altered the course of his and his family's life. Sadly, Mr. Guardado had to assume responsibility as a head of household after his father passed away from an aggressive brain cancer in 2016. He not only helped support his family financially while pursuing his academic goals, he also became a strong emotional and spiritual support to his mother and became an excellent role model to his younger siblings. Through each obstacle, Cristian has shown tenacity and humility as demonstrated by his pursuit of becoming a counselor, a journey that has taken him from college locally to studies abroad in Europe. His passion for helping others has been inspirational to his family and friends.

Mr. Guardado has always been family-oriented. He greatly values his relationships with his family and close friends. I cannot imagine a reality where Mr. Guardado would pose any danger to his community. I believe Mr. Guardado is an asset to his community and will no doubt be able to learn from his mistakes and channel his strengths to contribute to the lives of others as a professional counselor.  My hope is that this letter regarding Mr. Guardado will shed some light on the good young man I know him to be. Thank you for taking these thoughts into consideration and please do not hesitate to reach me for further information.

Sincerely,

Jennifer Menjivar-Lopez, MD

February 21, 2021

From:
Ana E. Miranda Maldonado, MD
███████████████

Regarding: Christian Guardado

Your Honor:

I am writing this letter of support for Christian Guardado. I have known Christian and his family for over eleven years. I worked closely as a physician with his mother, Angela Guardado who works as an RN for the County of San Mateo. In my years of friendship with the Guardado family I have gotten to know Christian as a bright, kind, thoughtful and talented young man. He is a very responsible and reliable source of strength in his family and has helped provide for his siblings and his grandmother over the last few years.

In high school he was active as a student leader and over the last several years he has been an advocate for LGTBQ+ youth. I have seen him grow up and have firsthand witnessed his generosity and kindness towards others.

Christian's father died from an aggressive brain cancer several years ago while Christian was still a teenager, in that time he has stepped up to help his mother as well as his two younger siblings through difficult times. He has been a source of moral and emotional support as well as a financial resource to the family. He has maintained his strong work ethic and academic interests despite these personal challenges and recently completed his first Bachler's degree.

I am certain that Christian is a young man with personal integrity and a sense of responsibility. In no way do I see him as a harm to society and I trust that if given an opportunity to succeed and thrive in the community he will.

Please contact me should there be any questions regarding Christian's Guardado.

Sincerely,

Ana E. Miranda Maldonado, MD

**To whomever it may concern,**                                      1/22/2021

    My name is Mariateresa Torres, and I am one of the lead teachers at Amigos de Palo Alto Spanish Immersion program and have been in this position for the last 14 years. This is a preschool program that helps students learn Spanish and then carry this second language through their scholastic career at the local elementary schools such as Escondido which is a part of the PAUSD (Palo Alto Unified School District).

    I have known Christian since he was born, due to the fact that I have known his mother for the past thirty years. I have always known that Christian is a person with a good moral compass, he is honest, loyal, considerate, and kind.

    Since Christian's father passed away, I have since seen him grow and develop into a wonderful human being.  Even after his father's passing Christian has always had a positive attitude and outlook on life. He has to keep his family as his number one priority and Christian has always been very attentive to the needs of his mother whom he supports when he returns from school.  And he also cares for his grandmother who he helps take her medicine, accompanies her during her daily chores, and cares for her when he can. He is also very academically minded and has pursued his intellectual goals.

    I hope this letter can give you some insight into the kind of person I know Christian is.

Mariateresa Torres

EXHIBIT "F"

February 24th, 2021

Christina Damas

Your honor,

I am writing as a reference for the quality of character for Christian Guardado. I was fortunate to attend high school with Christian and have been a close friend for over 7 years. I have seen him develop himself as a person, take care of his younger siblings and his grandmother, and apply himself in his undergraduate studies. I have seen him work diligently as a waiter, balancing the difficulties of college with working to further his professional career. Christian has consistently supported and encouraged me as I am currently finishing my Bachelor of Science in Nursing at California State University, Bakersfield. I know Christian has made mistakes in his life, and he will take ownership of his actions, but I also feel strongly that a long sentence would be counterproductive to his rehabilitation.

Christian has no history of misconduct or criminal history and was only a few credits short of achieving his bachelors at San Francisco State University. A couple years ago his father passed away, and this has had a lingering impact on him. As a young man, Christian was forced to comprehend a long life ahead of him without a father. Christian stepped up into becoming the man of the house taking care of his mother, grandma, and two younger siblings emotionally, physically and financially. The pressure from being constantly depended on and loss of his father are likely to have led to lapses in judgement and mistakes that have been made. I know that through the right program of rehabilitation Christian would turn not only into a contributing member of society, but an outstanding one.

Christian has his entire life ahead of him and has worked hard to accomplish his education and be a role model to his siblings. I am concerned for his future well-being and that time away from society would hinder his growth. I am confident that Christian is not only regretful for his actions, but also wanting to change his behavior and be a better role model to his family. He needs your help to be put into the right program and receive the rehabilitation and ensure he makes the right choices in the future. I hope you have it in your heart to give Christian the opportunity to receive counseling, take responsibility for his actions, learn from his mistakes, and quickly become a productive member of society. I hate to see a man's life defined by the mistakes that he has made when he was young.

Sincerely,

Christina Damas

1
2
3
4
5
6
7
8
9
10
11
12
13          EXHIBIT "G"
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

February 20, 2021

To whom it may concern:

My names is Olga Arango and I am the Executive Assistant and House Manager to the CEO of a large Insurance Agency. I lived in the Bay Area for nearly 30 years and have known Christian Guardado since the day he was born. I have been a volunteer of many organizations throughout my life but the dearest to me has been the San Mateo Service League, where I was a board member for 8 years and a volunteer for 27 years.

Every single year, during the highlight of the Christmas season, the Service League organizes the toy collection, wrapping and distribution of the gifts to the families of the inmates. I could always count on Christian Guardado to be one of my best "elfs" as he would never miss this occasion to bring joy and happiness to marginalized members of the society.

Christian has a heart of Gold. He would never intentionally or in his right mind will harm anyone.

A few years ago, his dear father passed away from brain cancer, leaving his mother and two younger siblings to fend for themselves. Christian had to grow up fast to try to fill the empty gap that his exemplary dad left, putting a lot of weight in his shoulders at such early age while trying to figure out who he is and the role he plays in society. We all knew that was a hard shoe to fill but he enthusiastically and lovingly has tried to be man of the house, undoubtedly adding enormous pressure to himself. Then COVID hit and he was forced to quit most of his university studies to get a job to support the family. I can only imagine that the stress and pressure to "perform" has finally caught up with him.

Christian is the light and beacon of the household. His dearest grandma has come to live with them (adding more pressure to the already precarious situation) as she suffers from early onset dementia. Christian helps with her care, cooks and feeds her and more importantly, he patiently listens to her life stories over and over and over again, interacting with her and genuinely engaging with her in conversations. He's a Gods sent to the household as he also counsels his little brother and sister, gives them rides, listen to them, etc. while his mother works nearly 16 hours days to feed, educate and support the family.

I beg you consider Christian's potential and the role he plays in his family when you make a decision about his future.

Sincerely,

Olga Arango

EXHIBIT "H"

September 10, 2022

Re: Christian Guardado

Your honor:

My name is Valerie Arevalo. I am 30 years old and have been a resident of San Mateo County for all my life. I am a Register Nurse, and currently work at Lucile Packard children Hospital, a non-profit organization.

I am writing to you in support of Christian Guardado, my cousin. I have known Christian since he was born. My family and his family have always been close, and even became closer after the passing of my uncle German Guardado back in 2016. We have always celebrated Christmas and Thanksgiving together. He is fun to be around and caring and kind with others.

I have seen Christian grow throughout the years and he went from being a curious kid to a generous, respectful and kind man. I know that my uncle and his wife Angela have always emphasize strong moral values and education for all their children to become exceptional human beings for our society.

For as long as I can remember Christian has demonstrated kindness, compassion, and empathy towards caring for his elders, family, and friends. I have seen how sweet and patient he is with his grandmothers and also with his mom. He has been a pillar to his mom these past years.

Upon his father's tragic passing, he was there for his mom, his siblings and also his grandmother. I also remember his desire to go to college while working as a waiter, carving his own way to help pay for his tuition expenses. I know that he already completed an Associate degree of Science Business/Leadership.

I am certain that my cousin Christian Guardado does not pose a harm to society in any shape or form. He understands the consequences of his actions and has resolved himself to be better. At the young age of twenty-four years old his potential is tremendous, and it should be allowed to flourish. He should be given the chance to fulfill his dreams and become a productive member of society.

Please be lenient with him so that he can get a chance to redeem himself.

Respectfully,

Valerie Arevalo

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "I"**

September 10, 2022

Re: Christian Guardado

Your Honor:

My name is Rosaura Anabel Arevalo. I am 56 years old and live with my husband and two kids in the city of San Bruno, CA. I currently work as a Global Bad Debt Lead for Salesforce.com Inc.

I am writing to you, to ask for clemency for my nephew Christian Guardado. I know that my nephew made a poor decision, but I am hoping that you take that into consideration. I do not expect for you to overlook his actions completely, but I am hoping that you will consider giving him only the minimum time so that he soon gets a second chance to redeem himself as a person and a good citizen. I am sure that my nephew has had a lot of time to reflect on his wrong doing and he will learn from his mistake, and will reform after this experience.

I can attest that he is a great kid. I have known him since he was a baby and I have seen him grow and develop into a happy, gentle and kind person. I experienced it first hand when my mom Hilda Tobar (86 years old) broke her neck (his grandma) and she was hospitalized in a rehabilitation center. It was during Covid time, at the end of 2020. I remember that Christian would drive himself to see her every day through the window to cheer her up. He will shower her with gifts and balloons. I have also seen how he caters to his other grandmother, Angela Martinez, who is 90 years old and holds her so that she can walk and not fall or bring to her coffee or her favorite foods. He also is like that with his mom Angela Guardado. I know that to her, Christian is his right hand and the person that she counts with to help with the house needs. He has been a good older brother for Katherine and Carlos Guardado his two younger siblings

Another great memory that I have from Christian is when back in 2016, we travelled together to the country of Colombia and decided to go to a place that had over 700 steps (El penol) to get to the top of a mountain to appreciate a beautiful view, but since I am older and out of shape, I did it, but in a very slow pace. My kind nephew stayed right there next to me to make sure that I was fine and made himself available in case I needed him. I really appreciated that he did not leave my side and had the patience to wait for me. I have seen him supportive of his father, my younger brother, German Guardado. Christian's father lost his battle to cancer when he was only 47 years old. Christian at that time was only a teenager. Christian had to deal with my brother's disease and death at a time when teenagers need their father the most But I have seen him rise to the occasion and act as a pillar of support to his family

Christian is a person that is respectful, kind with his elderly, loyal and supportive with his friends and family. He is very hardworking and very focus to achieve his academic goals. He has already completed an associate of Science Business/Leadership degree and was working on finishing another bachelor's in International Relations. I really hope that one day he gets there and becomes a great asset for our society. Please consider all his good deeds and please, please show him leniency.

Best Regards,

Rosaura Anabel Arevalo

EXHIBIT "J"

August 24, 2022

From: Angela M. Martinez de Guardado

█████████████████████

Regarding: Christian Guardado

Your Honor:

I am writing this letter in support of Christian Guardado, my son. I have been a Registered Nurse for 35 years, 20 of those working for the County of San Mateo until present. I was married to German Guardado, a very committed accountant, hard worker, devoted and loving father, for 20 happy years. We had 3 children, the oldest Christian, a very sensitive, intelligent, talented, honest, and noble human being. We always made sure to provide a structured and loving family environment, by setting examples of honesty, courage, integrity, whole heartedness and responsibility.

German and I embraced Christian more when he let us know he was gay, although it was difficult knowing the homophobic reactions he could confront from his surroundings. Only my son knows what he has had to endure for not fitting in the regular expected society standards, though Christian managed to be an advocate and lead LGBTQ+ youth in High School. He participated and then volunteered in the Mosaic Project, a non-profit to acquire skills to build peaceful communities and never before had been involved in any kind of problem.

My dear husband was Christian's confidant, more than ever when he moved out of home for college, they would have daily conversations in which German attentively listened, and advised wisely. However, at the end of 2014 my husband was unexpectedly diagnosed with a glioblastoma, a very aggressive form of brain cancer. He passed away after 13 months fighting for his life, his diagnosis and passing shocked the whole family in its roots. Everything was disrupted in the most important years of my children's lives. Despite all this, Christian has been able to complete an Associate of Science Business/Leadership degree with Honors and a first Bachelor's degree in Communications Studies and a few classes away from getting a second Bachelor's in International Relations. After the loss of my husband, Christian became my right hand at home. I have two other children and my elderly mom, a 90-year-old who lives at home with me. Christian was incredibly helpful in taking care of my mom at home and being there for his younger siblings.

I hope you could take into account all the good Christian has done in his short life, and the promise he could be as a human being if he is given a redemption opportunity. Also, to give his grandmother the opportunity to share the last years of her life close to him. After this past year and a half of rough time deprived of his family and his daily normal life, caused by his wrong doing, I know he has clearly reflected and learned the right path.

Sincerely,

Angela M. Martinez de Guardado

1
2
3
4
5
6
7
8
9
10
11
12
13 **EXHIBIT "K"**
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

February 22, 2021

To whomever it may concern:

My name is Andrew Arevalo. I have been a resident of San Mateo County for all my life. I am a Respiratory Therapist and currently work at UCSF Medical Center, a non-profit organization. Christian Guardado is my cousin and I have known him since he was born. My family and his family have been always close, and even became closer after the passing of my uncle German Guardado 5 years ago.

I have seen Christian grew up from a curious, sensitive boy to a generous, devoted, and sincere man. I know his parents have always emphasize strong moral values and education for him to become an exceptional young man in our society. For as long as I can remember, Christian Guardado has demonstrated outstanding moral fiber, exhibiting traits like kindness, compassion, and empathy towards caring for his elders, family, and friends. In the face of his father's tragic passing, he was key in acting as a supporting pillar for his immediate family, stepping up as the patriarchal figure in honor of his beloved father. I always admire his desire to go to college while working, carving his own way to help pay for his tuition expenses. The constant desire to improve himself and lift those around him.  He showed bravery when he decided to be open about his sexuality and he has advocated for himself and members of his community to be treated equally.

I am certain that my cousin Christian Guardado does not pose a harm to society in any shape or form. At the young age of twenty-four years old his potential is tremendous, and it should be allowed to flourish. He should be given the chance to fulfill his dreams and become a productive citizen.

Respectfully,

Andrew Arevalo

To whom it may concern,

I am writing this for the behalf of Christian Guardado. My name is Kira Smith and I am a former employee of the Department of Homeland Security as a TSA officer and currently working as a Teller at Wells Fargo. I help do volunteer work at my old elementary school in the community and help children in San Mateo and San Francisco. I've known Christian since the day I was born and grew up with him all of my life. Him and his family have lived across the street from us for over 20 years and I've grown up and learned from him since the very beginning.

I've always known Christian to be an amazing person in my life as far as role models. He acted as a big brother to me since I am an only child and helped me guide me through many of difficult times in my life. He's always inspired me to be my true self and do things I love. He's made an impact on me from the times hes starred and played in school plays, to the times he would play soccer, to helping me at school work and teaching me things I didn't understand or learning Spanish so I can help communicate to his family better. He stepped up and helped me learn things especially when my father passed away at the age of 13 and he took it upon himself to make himself available to me as a male figure in my life when I no longer had one. He helped and supported me when I came out to my mother at the age of 16 since he had already had ties to the LGBTQ+ community as a whole and treat me as family. He has made reputable achievements as a whole in many communities whether it have been community service or just as his outgoing personality allows him to branch out and connect with others. He accomplished even more as he decided to go to college to study business and finance in hopes to become a successful businessman.

With that being said, I also do not believe that Christian is a threat to himself or anyone else in the community. He has made many friends and accomplishments that make me believe that this one instance is not a reflection of who he is as a person, a friend, a brother, and a leader in the community. I think that Christian has so much more to offer to not only himself, but to his friends and family included. I believe that he has a bright future ahead of him and that i hope he can continue making an impact on people as he has on me for the past 21 years.

Thank you for taking the time to listen to what i hope are insightful words of who Christian means to not only me, but my family and friends too.

Sincerely,
Kira Smith

February 24, 2020

To Whom It May Concern,

    I am writing this character reference letter on behalf of Cristian Guardado. Christian and I have been close friends for over six years. Throughout those years we worked together at The Counter in San Mateo where he took on large responsibilities and consistently displayed a motivated demeanor. Christian inspired me, as he was always in a position of leadership ready and willing to help out all of those who needed it whenever he could. He was also quite the overachiever and always went above and beyond in his work and academics. He encouraged me to finish my associates degree at Cañada Community College and transfer to CSU Long Beach, where I am now working toward my undergraduate degree.

    I understand Christian has made mistakes in his past, but these mistakes should not define him. He has always been a perserverant young man driven to provide a better life for his family. He often would challenge himself taking the maximum amount of credits for school and excel in every one of his courses while working full time. I have also witnessed his warmth and diligence in helping his mother raise his siblings after his father passed away. As this completely impacted his life Christian continued to exude strength in all aspects of the word. I understand now that this loss may have affected him more than anyone else knew, resulting in a lapse in judgement.

    However, based on who I know Christian to be, I believe a shorter sentence with the right form of counseling would be most beneficial. This would allow Christian to continue to pursue his higher education and get back to being the support his family needs. Christian is one of the hardest working people I have ever had the pleasure of knowing. I fear that being completely removed from society could deteriorate his mental health and prohibit his growth in ways that are irreversibly detrimental. Christian has made a positive impact in the lives of so many people throughout the years I have known him. I can say with the utmost confidence that Christian has great potential to continue making meaningful contributions to society. I know Christian will surpass all expectations in righting his wrongs and becoming a person the world simply cannot go without.

Thank you,

Maylon Robinson

**To Who It May Concern:**

My name is Silvio Aguilar and Christian Guardado is my dear friend, our friendship dates back to middle school when we were just 11 years old. We met in middle school graduated together and kept in touch ever since becoming really close friends and even family like. I am a San Jose State Graduate who is seeking work in the criminal justice field and am currently employed by Allied Universal which is a security company. I vowed to simply say nothing but the truth and nothing more or less. I have seen Christian come up from just being a little kid to the young adult he is now.

Christian has always been a great friend, a great mentor, and a dedicated individual. He loves his family and friends very dearly. He is a great role model who just wants to excel in life and gives 100% and more into anything and everything that he does. He is always willing to learn thus he has picked up many interesting traits that sets him apart from many other people. He is a good friend that attracts nothing nut good vibes all around. As a big brother his family adores him and need him because hes such a great help. His grandmother who all his friends have come to love and adore needs him as well because Christian is pretty much her caregiver.

Christian Guardado He is a compassionate and loving individual who means no harm yet as a human being we all make mistakes but shouldn't determine our characteristics. I grew up with Christian and seem him flourish as the good human being that he is. He has stepped up when times get rough such as the passing of his father, thus helping his family come a long way in times of need. He has put himself through school and still is continuing to pursue a higher education because he loves his community and wants to give back later on in life. He sets himself as an example of a great role model for the rest of his siblings and also friends who need him.


Sincerely,

Silvio Aguilar

Justin Icard



February 24, 2021

RE: Christian Guardado

Dear Honorable Judge Donato,

I am writing to you today regarding my friend Christian Guardado, also known to his close friends and family as Cristiani.

I am a disabled veteran and former member of the United States Coast Guard where my rate was that of an Operations Specialist and my main job focus was coordinating search and rescue missions along the pacific coast. I now work at Instacart in their Trust and Safety department as a Customer Fraud Associate spending my days trying to prevent people from using stolen credit card information on our platform, helping mitigate fraudulent transactions.

I wanted to write to you about Cristiani and how much he means to me. I met this passionate young man last year right before the pandemic struck our nation. Throughout these difficult times, he has been one of the few people allowed within my home or "social bubble" and has been valuable to my mental health. Cristiani saw my battle with depression creeping in during the early days of the pandemic and was the light that kept me from the darkness. He consistently was encouraging me to get out of the home and go on healthy hikes in nature to help clear my mind. There was even the one memorable day this summer when he knew it was a beautiful day, and that the ocean was my calming place, that he coordinated with some of our friends to all meet at the beach and spend the day interacting in a socially responsible manner. He is one of the most genuine and generous people I have come to know and love. This young man, my friend, does not hesitate to give to strangers and help others.

Recently, on Christmas day, one of my best friends of ten years was murdered. When Cristiani found out, he did everything in his power to help me focus on the positive memories and great times I had with my friend, rather than resorting to my old vices and spiraling into sadness. While friendships have come and gone throughout this pandemic, the one stable friendship I knew I could count on was Cristiani's.

My hope, your Honor, is that the court can find it within their hearts to understand how valuable Christian (Cristiani) Guardado is to those of us who know and love him. It would be a detriment to not only our community, but my personal mental health to lose him.

Respectfully,
Justin Icard

September 10, 2022

Re: Christian Guardado

Your Honor:

My name is Rosaura Anabel Arevalo. I am 56 years old and live with my husband and two kids in the city of San Bruno, CA.  I currently work as a Global Bad Debt Lead for Salesforce.com Inc.

I am writing to you, to ask for clemency for my nephew Christian Guardado.  I know that my nephew made a poor decision, but I am hoping that you take that into consideration.  I do not expect for you to overlook his actions completely, but I am hoping that you will consider giving him only the minimum time so that he soon gets a second chance to redeem himself as a person and a good citizen.  I am sure that my nephew has had a lot of time to reflect on his wrong doing and he will learn from his mistake, and will reform after this experience.

I can attest that he is a great kid. I have known him since he was a baby and I have seen him grow and develop into a happy, gentle and kind person.  I experienced it first hand when my mom Hilda Tobar (86 years old) broke her neck (his grandma) and she was hospitalized in a rehabilitation center. It was during Covid time, at the end of 2020.  I remember that Christian would drive himself to see her every day through the window to cheer her up. He will shower her with gifts and balloons. I have also seen how he caters to his other grandmother, Angela Martinez, who is 90 years old and holds her so that she can walk and not fall or bring to her coffee or her favorite foods.  He also is like that with his mom Angela Guardado. I know that to her, Christian is his right hand and the person that she counts with to help with the house needs. He has been a good older brother for Katherine and Carlos Guardado his two younger siblings

Another great memory that I have from Christian is when back in 2018, we travelled together to the country of Colombia and decided to go to a place that had over 700 steps (El peñol) to get to the top of a mountain to appreciate a beautiful view, but since I am older and out of shape, I did it, but in a very slow pace.  My kind nephew stayed right there next to me to make sure that I was fine and made himself available in case I needed him. I really appreciated that he did not leave my side and had the patience to wait for me. I have seen him supportive of his father, my younger brother, German Guardado. Christian's father lost his battle to cancer when he was only 47 years old.  Christian at that time was only a teenager. Christian had to deal with my brother's disease and death at a time when teenagers need their father the most But I have seen him rise to the occasion and act as a pillar of support to his family

Christian is a person that is respectful, kind with his elderly, loyal and supportive with his friends and family. He is very hardworking and very focus to achieve his academic goals. He has already completed an associate of Science Business/Leadership degree and was working on finishing another bachelor's in International Relations. I really hope that one day he gets there and becomes a great asset for our society.  Please consider all his good deeds and please, please show him leniency.

Best Regards,

Rosaura Anabel Arevalo

Brandon Benitez

February 24, 2021

Dear The Honorable Judge Donatto,

I am writing to you about a friend who is an inspiration to the community, Christian Guardado.

I am a utility forestry consultant at ACRT, a contractor for Pacific Gas and Electric (PG&E). I provide vegetation management services that primarily aim to meet PG&E's wildfire mitigation goals. My work focuses on fire hazard areas in the communities of the Bay Area's Peninsula. Before working as a utility forestry consultant, I obtained a Bachelor of Arts degree in Environmental Studies from the University of California, Santa Barbara. I focused my studies on industry ecology and conservation. I am also a proud member of the queer community in San Francisco.

I met Christian at a dinner with friends in July 2019. I learned that we both have family in Columbia and bonded with him quickly over our cultural backgrounds. We laughed and shared many family stories about common food dishes and common queer experiences. Christian has been one of my best friends ever since.

Christian's bravery and leadership are an inspiration for everyone, especially BIPOC and LGBTQ people. Despite the obstacles he has faced with his identity as a queer Columbian man in America, he has remained a strong and influential leader. His many accomplishments demonstrate his leadership and potential, especially relating to his fight against discriminatory policies and bullying. Christian has shown me how to stand for what you believe in and reminds me that it is okay to be emotional about my passions.

I really hope this letter is considered for any court regarding Christian Guardado's character. He is a great friend, leader, son, brother; and a safe and positive influence on any community lucky enough to have him.

Thank you,

Brandon Benitez

Glenda Smith



February 23, 2021

Dear Court,

I am writing this letter on behalf of Christian Guardado and his family who I have know more than 20 years, he is a neighbor and a friend that I consider to be part my extended family. When you think of an exemplary person this young man always came to mind. He has accomplished more in his 24 years than most people will in a life time and in that time he has had great sorrows.  If there is ever a person and family that needs a reprieve from life this is the young man and this is the family.  Ultimately this is not a single individual, but a family of many who suffers a bad decision made by one who had led an life to be proud of, so I ask for mercy.

Chris has been like a nephew to me, I have attended his birthday parties, plays in high school, holiday family dinner over these many years.  I believe I have a unique view of this young man and I stress young, you need only think the things we have all done in our youth.  Does one thing define you or are we a product of all our deeds, good or bad. I, among others helped lay the foundation of who and what he is today a caring, compassionetand talented young man. You can learn a lot about a person when they are put in trying situations and just everyday life.  As I walked, scootered or drove him to school, he always presented a interesting package, older than his years. I watched his determination to master riding a scooter, busting it up at Scrabble and cooking amoung many other things.  He has drive, determination and ambition that has been pushed off track, but it does not mean he is incapable of refocusing on being his best self.

Watching him blossom in as he came to embrace his identity when others were not as accepting of this. Chris has championed others, talking out against other that were not going in a good direction.  He has been here for my daughter and I when my husband passed away in 2018 offering to help when I needed it, he was someone I knew I could count on.

 He showed tremendous support for his family when he returned home from college to be present for his father who was battling Brain cancer. Realizing  the severity of his fathers condition he deferred his education to help with his fathers care as the cancer continued to ravage his mind.  Chris became the man of the family when his Father died at the young age of 50.  He worked jobs near home to be present for his family as they tried to bring life back to normal.  He stayed to help with the Grandmother who suffers from Alzeheimers and went back to school.

This is about more than one bad decision, but where do you go from here?  Can he be saved, is he worthy of consideration, this is your ultimate decision.  Having known Chris as a child and now as a young man, I do not hesitate to say this whole experience will make him an even better man.  One that appreciates all that others have done on his behalf, and a renewed sense of who he is and who he represents...we are all part of the human whole.
Thank you for reading my letter and hope you will know that I do not write without knowing this is a worthy individual that needs a second chance.  I am aware of the serious nature of the offense, but also have known other young men who have made simular, bad decisions go on to

live a productive and meaningful life. I had advised Chris to become a politician, he had so much passion, even now as he awaits a verdict of his character I write in his defence as an African American woman.  I know he would be someone who could bring about change to help all people.  Maybe this incident was the trigger to transformation, let it not be the end.

Sincerely,

Glenda Smith

February 20, 2021

Re: Christian Guardado

Dear Sir or Madam,

My name is Gloria Gross. I worked as a Marriage and Family Therapist for San Mateo County Health Services for more than 18 years before retiring and moving to Nashville, TN.

I'm writing on behalf of Christian Guardado. I have been a friend of the Guardado's family for more than 30 years. During this time, I have known him to be a responsible person of good character.

When his father died of cancer, he was the one who supported his mother, brother and sister and kept the family together.

In general, Christian Guardado is a dedicated son, brother, student, worker, and friend.

As a reliable member of the community, the charges against him are quite unexpected.

I just hope that you will give an opportunity for a second chance to Christian Guardado while you reach a fair decision.

Sincerely,


Gloria Gross

February 22, 2021

To Whom it may concern:

My name is Juan Arevalo, married with four children. I have been a resident of San Francisco and San Mateo county for the last 47 seven years. I am an accountant and currently work at Catholic Charities of San Francisco, a non-profit organization. I am writing this letter to let you know that I have known Christian Guardado since he was born. I have been a friend of his mother, Angela Guardado, and late father German Guardado for more than 27 years.

I have witnessed how Christian grew up under the care of parents who loved him, emphasize good moral values, and provided an education for him to become a productive young man in our society. He was raised catholic and since he was a young child Christian demonstrated good character traits like kindness, caring for the elders, family and friends. As a young man he continued to be very respectful and a fun person to be around during family gatherings and vacations I spent with him. I always admire his desire to go to college while working to help his parents with tuition expenses.  Also, the courage he had to be open about his sexual orientation as a teenager; he was not ashamed of being gay, and wanted to be treated equally.

I am a hundred percent sure that Christian Guardado does not pose a harm to society in any shape or form. At the young age of twenty-four years old his potential as human being should not be stopped, and his ambitions should be let free for him to fulfill his dreams and become a productive citizen.

Respectfully,


Juan F. Arevalo



From: ███████████████████
Subject: Fwd: Christians character letter
Date: February 4, 2023 at 1:27 AM
To: escovar@escovarlaw.com

Another letter for Christian Guardado



Bilge Yildiz



To: Judge Donato

My name is Bilge Yildiz and I am writing a character letter for Christian Guardado, a close friend since elementary school. I am a twenty eight year old mother and a cosmetologist who has been close friends with Christian for about twenty years. I'd like to consider Christian like a brother to me. Our families are very close to this day and have so much love for each other. We have traveled together, went to school together and even lived together. I would like to think that I know Christian very well for who he is.

Christian has always been very strong and loves to put a smile on people's face during though times. He works hard, is a family man and loves to bring people together. Even when his father died, instead of giving up and dwelling on the past, he did the opposite and became the backbone of his family (his mom, younger sister, younger brother and grandmother). He always worried about them and their well being. He would put them first and they all depended on him heavily.

The reason Christian should get out immediately is because he needs to take care of his sick grandmother who is in her 90's and getting more dependent each day. He is the only one who has the patience and love for her to do so at the moment. His mother works full time supporting the whole family so it is already too much pressure on her. Also, Christian is very involved in his sibling's lives. He wants the best for them and their future. He continuously talks about the potential they have and how they should put their talents to use. He is there for them when sometimes they can't be for themselves. He is truly the support that his family needs and who need them urgently.

Sincerely, Bilge Yildiz

William R Tang

███████████████████████████

23 February 2021

To whom it may concern,

Cristiani has been a truly great friend of mine for a little over three years and counting. I've met him through mutual friends and his presence and great attitude towards his friends and family has been shown throughout. As a close friend to Cristiani, I can attest that he is a hard-working and honest individual.

Cristiani has recently graduated college and is on his way to find success after countless years of consistency and commitment to his education, all while working part time to help fund his education. As a business owner, I look up to him and commend his aptitude in regard to his pursuit of success.

Mistakes do happen and in regard to Cristiani's incident, I sincerely hope you can find a place in your heart to give him one more chance to be a better person. We all learn from mistakes and I can attest that Cristiani is genuinley good person.

Thank you,

William Tang

1
2
3
4
5
6
7
8
9
10
11
12
13                       EXHIBIT "L"
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

R. "Emmett" Coleman



February 23, 2021

Re: Christian Guardado

Dear Honorable Judge Donatto,

*I am writing in regards to the detention of my good friend, Christian "Cristiani" Guardado.*

But, before I begin speaking in support of Cristiani, I feel it important to share the roles I hold—specifically, in regards to COVID-19. Since last Fall, I have served as chair of the COVID-19 Emergency Response Team for the Berkeley Student Cooperative [BSC]*, the largest student cooperative in the nation. This position entails creating COVID-safety-related policy [travel-related sequestration, public health protocol, guest prohibition, etc.]; serving as the point-person for UC Berkeley's University Health Services*, Berkeley Public Health Department*, and Alameda County Public Health*; and working on every positive COVID-19 case that arises within the BSC. In addition, this past summer, I worked on COVID-19, and HIV/AIDS, at Alameda County Public Health Department. I will graduate from the University of California, Berkeley* this May with majors in Political Science and Interdisciplinary Studies, the latter through which I have made a major in "Solidarity Studies," with my thesis on "Learning from the AIDS Epidemic to Better Prevent the COVID-19 Pandemic." Next fall, I will attend obtain a dual degree—Master's in Public Administration and Master's in Public Health—at Columbia University* to study public health policy, focused on advocacy for the LGBTQIA+ community.

If I remember correctly, I met Cristiani in the Castro around January 2018. I had temporarily lost my friends at a local club, but Cristiani pacified any fear by immediately introducing me to his friends at Beaux. Though this may seem like a minor act of kindness, it was major enough to

make me feel safe, welcomed, and appreciated at the space where every LGBTQIA+ person *should* feel the same. I got to know Cristiani, and we never stopped being friends. For instance, one night, he was kind enough to host me when I found an Uber from the Castro to Berkeley to be too expensive. Also, he would always invite me to watch RuPaul's Drag Race with him and his friends. My point is that every time I have hung out with Cristiani, I have felt safe, welcomed, and appreciated – a feeling that has never died with time. For instance, in 2019, when I visited old friends of mine in Madrid, Cristiani and I ran into each other, and, the next thing you know, our friend group turns into one massive group of love for the LGBTQIA+ community – something I am confident would have never happened had Cristiani not been there. His energy is filled with boundless love, which is why I feel it is imperative to write on behalf of his character.

Cristiani already has a record of doing great things, which is why – if we want to invest in the leaders of the future – we must recognize where they are today, and the ways in which we can help uplift them to prosper tomorrow. In addition, by being a person who works on COVID-19 within congregate living facilities – i.e., the BSC unit I live in has over 80 residents – I am well aware of the risk Cristiani, alongside so many others, currently face. Because I both know my friend's good character, while fearing for his own safety, I am writing this letter to politely request Cristiani gets home safely as soon as possible. I promise I would not be writing this letter if I did not have full faith in Cristiani Guardado being the good person that I have consistently known him to be. Please reach out to me with any questions you may have.

All the best,
Emmett Coleman



*Titles for Identification Purposes Only.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "M"**

Tom Webster



February 24, 2021

RE: Christian Guardado

Dear The Honorable Judge Donatto,

I am writing to you about our friend Christian (Cristiani) Guardado.

In 2019, I obtained my Bachelor's Degree in Economics with a focus in Statistics & Analytics from the University of North Carolina at Chapel Hill. Shortly after, I moved to San Francisco to work as a Credit Underwriter, specializing in Small Business Administration (SBA) Loans. It goes without saying that past year has been difficult, but I could have never predicted the intense supportive work I would take on in my role as COVID-19 puts our small businesses in unprecedented financial struggles.

Work is not the only obstacle I've faced since moving to San Francisco. The outbreak of COVID-19 has forced everyone into isolation to reduce spread, and knowing very few people as a newcomer to the city has exacerbated my feeling of loneliness. Cristiani has been a friend that I've only grown closer to since the pandemic. His support as a friend has been unmatched, and he has a sense of empathy that cannot go unnoticed. I was devastated when I heard about his situation after New Years, and I could not in good conscience stay silent on the issue.

Like me, Cristiani also recently obtained his Bachelor's degree. I have nothing but excitement for him, for I know I did not truly begin to grow until I was out of college and able to forge my own future. The last year and a half has been cathartic for me in that I can finally see my potential come to fruition, and Cristiani should have that experience as well. His life is only beginning; like a flower just beginning to bloom, and it would be nothing short of an injustice for that nascent flower to have its stem cut so early and whither away, despite what it could have been.

In my line of work, I've seen the devastation COVID-19 has caused small businesses. It is tragic to see their future potential stripped away by something as freakish as a global pandemic, an event they would've never predicted could last so long and destroy their future. Like them, Cristiani deserves a chance at redemption, and another chance at the future of which he dreams.

EXHIBIT "N"

Marty Mulkey LMFT

███████████████████

February 24, 2021

Re: Christian Guardado

Dear The Honorable Judge Donatto,

I am writing to you about my friend and very respected member of my community Christian (Cristiani) Guardado.

I am a Licensed Marriage and Family Therapist (MFT47057). I have a private practice in San Francisco where I work primarily with men around issues of depression, anxiety and narcissistic disorders. I am a Psychoanalytic Candidate at the San Francisco Center for Psychoanalysis. Prior to becoming a therapist I, like Christian, have a long history of activism and community organization in the LGBTQ community.

I was introduced to Cristiani as he was completing his studies at San Francisco State University and contemplating next career steps. He was exploring the possibility of becoming a therapist and sought my advice and insights into the nature of the profession. I found him to be a very sincere, earnest, and insightful young man. He displayed a commitment to finding a career path that would allow him to do good in the world and help people overcome discrimination and other kinds of suffering that I found admirable. As a professional, I am trained to detect and screen out any signs of personality disorder. I found Christian to be a very well adjusted and thoughtful man without the destructive or manipulative tendencies that are in evidence in more problematic personality types.

In the months after my first couple of more professionally oriented conversations with Cristiani, I have had opportunity to observe Cristiani in community. I have also come to know several of his closer friends. I believe Christiani to be a warm, encouraging and nurturing young man who is quite motivated to build a future for himself that will also help others. I hope he is given the chance to develop that future.

Sincerely
Marty Mulkey, LMFT

███████████████

Danielle Schiro

February 24, 2021

Re: Christian Guardado

Dear Honorable Judge Donatto,

I am writing to you about one of my closest and dearest friends, Christian "Cristiani" Guardado.

Before I begin writing on behalf of Christian, I will share a bit about myself. I recently graduated from UC Berkeley with a Bachelor of Science in Environmental Economics and Policy. During my last semester, I studied abroad and am now living in Lund, Sweden. Over the last year and a half, I have worked as a research assistant and published two academic papers. My current role is as a junior business analyst at a Swedish company called Comsys AB. We operate in multiple sectors and are focused on power quality and efficiency through active filters.

Christian and I first became acquainted at an LGBTQ advocacy event in San Francisco through a mutual friend. Almost instantly, we had bonded over our love for activism, traveling, and politics. After this initial meeting, Christian became an irreplaceable part of my life in the Bay Area and has remained so ever since. Over the years, we have continued attending events together; one of the most memorable and recent was the Equality California Awards in San Francisco. He has always been incredibly courageous when speaking out and advocating for equality and human rights. I have also had the pleasure of seeing Christian's determination and growth academically. He worked extremely hard to graduate from San Francisco State University with a Bachelor of Science in Mass Communication. His education has helped him develop his platform for advocacy and increased his ability to speak up for others.

While being away in Sweden, Christian is one of the people that I have missed most. He is an exceptionally kind and uplifting person to be around. Whenever I have had to endure hardships, Christian has always remained a source of positivity in my life. He has continuously made me feel safe, included, and loved. These are the qualities that have made me feel that it is so important to take this time to write to you in support of his character.

Christian has had an immense impact on his community, and I know he has a lot more planned for his future. He has been working on grad school applications to continue learning and magnifying his impact, and I believe he has the utmost ability to do so. We must seek to uplift people like Christian and give them a chance to continue to grow. I cannot imagine a world without him showing his courage and compassion because we desperately need people like him. I have complete faith that Christian is a good person and I hope this letter instills that faith in you. I kindly ask that he is allowed to return home safely as soon as possible.

Sincerely,
Danielle Schiro

Seika Ryu



February 24, 2021

Re: Christian Guardado

Dear The Honorable Judge Donatto,

I am writing to you about my good friend Christian "Cristiani" Guardado.

I am a data analyst at VACO LLC working onsite at Google. I analyze, evaluate and categorize Google ads to improve machine learning algorithms, user experience and quality assurance. Before working as a data analyst, I received a Bachelor's degree in Econometrics and Quantitative Economics from the University of California, Berkeley in 2019. I grew up in Tokyo, Japan and emigrated to the United States in 2016. I began talking to Cristiani online and met him shortly after. He became one of my earliest friendships in this country. Christian's vibrant personality and supportive nature were very important to me. We immediately bonded and have become very close friends over the years.

Not only is Cristiani's personality incredibly warm, but his passion for social justice and equality for minorities inspires me. He is an advocate who speaks and stands up for racial minorities and LGBTQ+ people in his daily life. Cristiani and I have worked hard together for advocacy and LGBTQ+ awareness, including attending advocacy event together at SF Pride and with Equality California. What I have noticed about Cristiani while working with him is he is a courageous and consistent advocator. He not only constantly helps and supports racial and LGBTQ+ minorities, but also educates and corrects people who have negative causes on these minorities. I am often encouraged and inspired by Cristiani to work harder in advocating for social justice and equality. Graduating with BA in Mass Communication from SFSU, he has also proven his outstanding academics and his passion for leading and educating.

Cristiani has been preparing to apply for graduate school. Because of his powerful, positive influence on me and so many in the community, it is sad for me, as a fellow new-grad working person, to see him refrained from working on his goals. I believe he deserves a second chance to resume working on his goals and bringing betterment to others.

It is my sincere hope that the court take this letter into consideration. Cristiani is an amazing friend, a courageous educator and an influential leader. Our society needs more people like Cristiani. It would be devastating to lose his upbringing existence and strong influence.

Sincerely,
Seika Ryu



Ryan Andresen

February 24, 2021

Re: Christian Guardado

Dear The Honorable Judge Donatto,

I am writing to you about my dear friend and mentor Christian (Cristiani) Guardado.

I am a regulatory analyst for the Public Advocates Office at the California Public Utilities Commission (CPUC). I specialize in reviewing and testifying on wildfire mitigation costs incurred by major electric utilities to advocate for the public. Before this role, I obtained a Bachelor of Science degree in Environmental Economics at UC Berkeley, where I focused my research on the distributional impacts of environmental policies.

Like Christian, I have a strong history of advocacy. In 2012, I completed my Eagle Project by constructing a "tolerance wall" outside of my local middle school and leading talks against bullying. Later that year, I advocated for the inclusion of gay scouts in a major national media campaign, including national interviews on The Ellen Show, Anderson Cooper 360, and other major national media outlets. I also became close with (then-Lt.) Gov. Gavin Newsom who introduced me to politicians to get them on board with the campaign. My campaign earned the support of 44 congressmembers, numerous troops and BSA funders, and received many awards. I successfully overturned the ban on gay scouts in 2015.

I have since remained involved with organizations such as GLAAD, the Trevor Project, and Equality California. I first met Christian in 2016 while working with Equality California. We were both doing advocacy work at an LGBTQ awareness event in San Francisco. Christian and I connected immediately through our love for policy, the outdoors, and our passion for overturning the discriminatory barriers we faced as youth. We quickly became hiking friends, where we would explore local trails and discuss our plans and ideas for increasing awareness and inclusion. Christian and I attended numerous advocacy events together, including the most recent Equality California Awards in San Francisco. It has been a privilege to work and grow with Christian by my side.

Christian is extremely passionate about helping others. As we worked tirelessly together to challenge discriminatory policies and bullying, he remained a force of perpetual optimism. Our work has faced many setbacks, particularly in recent politics, but Christian always stood out for encouraging me to keep fighting in the hardest of battles. While I at times get frustrated,

Christian embodies a lively and charming attitude that has been so essential in the LGBTQ rights movement. I am very proud of him for working so hard to graduate from San Francisco State University while balancing his activism work. Christian majored in communications to improve his knowledge using communication to advocate for others.

Christian is a courageous and determined leader who has had a powerful impact on my life and on this world. His work to end bullying and bring inclusion for minority LGBTQ people has helped many, and I know he has a lot more work planned in his future. He has been preparing his applications to graduate school programs to continue to amplify his impact. Our society is truly in need of people as compassionate and hardworking as Christian.

It is my sincere hope that the court takes into consideration this letter. Christian is an amazing friend, a leader, a role model, and an individual with immense compassion. Our society needs more people like him, and it would be a major upset to lose his crucial influence.

Sincerely,
Ryan Andresen

Awki Banda

████████████████

February 24, 2021

Re: Christian Guardado

Dear The Honorable Judge Donatto,

My name is Awki Banda and I am a cashier at Whole Foods in San Francisco. I am also a student at City College of San Francisco with plans to transfer to San Francisco State University with plans to major in Cell and Molecular Biology. I first met Christian a couple years ago at San Francisco Pride, he was vibrating with joy and enthusiasm and made me feel very welcome. I was just starting to explore and feel comfortable with my queer identity and over the years Christian really encompased the compassion and kindness that I have cone to receive from so many members of the LGBTQ community since moving to San Francisco.

I wasn't surprised to learn, therefore, of Christian's long history of activism, from his school days in San Mateo to his more recent advocacy work in San Francisco. He is somebody who was raised right, he is the first to lend a helping hand to others and I was touched when one day that we were hanging out I found out that he and his mom regularly buy food to donate to food banks in our community. He is also a natural born leader and loves scheduling camping trips and other adventures for us to enjoy. In the summer of 2020 he planned and led us on an incredible camping trip in Sonoma county that will forever be one of my fondest experiences. Christian made sure we were all comfortable in every way and even accommodated for our different dietary restrictions.

It is my hope that the court take my words into consideration. Christian has been an incredible companion to me and so many others and is an incredible asset to our community. He is an ambitious young man and I look forward to seeing what he has left to achieve in graduate school and in life. I sincerely believe that the world would be a better place if more people embodied Christian's altruism and empathy, and our community would benefit from his return.

Wholeheartedly,
Awki Banda

Jacquelyn Castellanos



February 7, 2023

Re: Christian Guardado

To the Honorable Judge,

My name is Jacquelyn Castellanos and I am a registered nurse here in California and I am writing to you today to ask for leniency for my dear cousin Christian Guardado. Christian is my younger cousin, in my memory, the oldest of the cabbage patch kids as he and his two siblings had the rosiest cheeks growing up. Christian has always been the responsible older brother paving the way for his siblings in terms of school and caretaking of his grandmother. To give you insight to our family dynamic, our fathers are cousins but grew up as brothers raised by their mothers in rural El Salvador. Once they had migrated to the US and established their own families, Christian, I, and a dozen other cousins grew up together seeing each other 1-2 a month at our grand mothers house and on holidays. Whether watching movies, playing card games, or bonding over our overbearing parents, we grew up as a close knit family of extended cousins while feeling love and laughter all around us.

Christian has had to overcome difficulties in his life including coming out to our traditionally catholic family in his teenage years and his father being diagnosed and passing away from a brain tumor. It was actually during the difficult time of my uncle passing where I witnessed my cousin's growth into a responsible young man. Christian was continuously present even when he was in school in southern California and ultimately came back home to be a pillar of support for his immediate family during this time. He took on the brunt of the work after his father passed to lighten the load for his mother and allowed her to grieve at her pace.

In more recent years, I was able to take a trip to Colombia with Christian, my aunt, his grandmother, and his maternal extended family. This experience allowed me to see a different side of Christian. One of a caring and responsible host, Christian always included and checked in all of his family members, most importantly his elderly grandmother. He is so patient with his grandmother who suffers from Alzheimer's and walks with a cane. Christian is always by her side holding her arm and walking at her speed. He is patient and empathetic to others.

Christian Guardado is a good person who has made a mistake and is ultimately paying for it. I would not be surprised to learn that Christian learned this behavior by having been victim to it. Please understand that Christian will be paying for his mistake for this for the rest of his life. As I write to my cousin in the past two years, I can see the incredible changes he has already been making. He communicates his feelings so beautifully and has a great way with words, both in English and now in Spanish. I really believe my cousin has another calling in this life that he has not explored yet. He is incredibly articulate, sociable, and intelligent and can do so good for his community if given the chance to redeem himself. I ask that you grant him some leniency and allow him the chance to prove he is a changed man with a lot to offer to make this world a better place.

Sincerely,

Jacquelyn Castellanos, RN BSN

**EXHIBIT "O"**

**Erik Camacho**

███████████████████

February 24, 2021

**Re: Christian Guardado**

Dear Honorable Judge Donatto,

I am writing to you in regards to the character of one of my dear friends, Christian "Cristiani" Guardado.

Before I go further, I'd like to detail on my background. I've worked at some of the top tech companies in Silicon Valley and have had a successful track record of helping organizations grow in meaningful ways. I've sat as Vice President of Membership ToastMasters, an organization that establishes themselves as a resource to empower people to speak their truth by strengthening public speaking skills. As well as other LGBTQ+, LatinX employee resource groups that seek to level the playing field and promote diversity and inclusion in  corporate america. I will always be a firm believer that an empowered voice can change the world. Which is why we need Cristiani back with us.

Just like Cristiani, I too carry an undergraduate degree in Communication. This is initially what drew me to him and helped us meet. Being able to connect with someone of a similar background, with similar beliefs and understand how they influence the world around them. We connected on our values and hopes for humanity as well as our passions of community engagement  and love for nature.  I tend to be a bit picky about who I let into my life, but those with a genuine soul and passion to make the world a better place will always have space in my life. I deeply recall the last heart to heart conversation we had about our goals and dreams and what it means to find purpose, especially in a COVID world with limited options. Although times have been hard, he's never lost sight of who he was becoming. He has always been incredibly passionate about helping others,  building community and has consistently taken action.

Cristiani is an influential  leader who has already made an impact on his local communities. Part of what drew me to him was his advocacy work for anti-bullying policies and diversity & inclusions of underrepresented minorities. He was on his way to receiving his 3rd bachelors degree at SF state and consistently involved with student organizations, always being put in leadership positions or public speaking roles. The reason for this is because Cristiani has an incredibly rare gift for capturing audiences with his truth. He is  a natural public speaker. I have seen him successfully relate to so many walks of life and  has always made people feel included and heard. Regardless of some of his devisting early life challenges,  his heart has always been overflowing with love for friends, family and even strangers.

Cristiani also has a very deep side, a more reserved introspection that can be a bit hard to pick up on from the outside but always alive and well internally. As a close friend I've had the privilege of getting to know how his brain ticks and what aspects of growth he cares about. He cares tremendously for society, especially for minorities with disenfranchised backgrounds and seeks to be the support he wishes he had earlier in life. When confronting him with feedback, he's very open and maintains a growth mindset. He is highly coachable and always appreciated that I care enough to offer him new ways of thinking. He is capable of making a mistake, learning from it and even preventing others from doing the same. Your honor, this man before you has one of the best hearts around and showing him mercy today will put him on the path to becoming the best version of himself.

When assessing if he's a risk for society, it's safe to say it's more risky for the world to not have Cristiani. I've never once even come to getting into an altercation and is usually the one pacifying tensions and maintaining the peace. He learns quickly and in just a few conversations I've had with him since his incarceration, he's ready to live a life with deeper purpose and impact. This instance has definitely shook him to his core. I guarantee that a life out of the system will increase his ability to positively impact the world around him sooner. It would be best not only for his own growth, but everyone around him to use his gifts. From the bottom of my heart, I know Cristiani is capable of changing the world and has already done so much in his short life. I'm honored to call him a friend and am happy to answer any questions you have on him.

Sincerely,

Erik Camacho

EXHIBIT "P"

To whom it may concern:


My name is Dulce and I was Christian Guardado's manager when the incident happened. The reason for this letter is to confirm that Christian Guardado help deescalate what could've been a very bad situation. Christian was the bartender on duty when a man walked in and sat at the bar where Christian was working. The man started to make small talk with Christian. At the beginning everything seemed to be normal, but the man started talking how he stole from a nearby store pulled his gun and sat it at the counter table in front of Christian. Christian stayed calmed and continue talking to the men as he didn't notice the gun. As soon as he got a chance walked into the kitchen where he lets me know about the situation. I was able to notify the cops unfortunately when the Police arrived the man had already left. Christian was cooperative with the cops answering all the questions and giving a description of the man. Christian actions and cool deminer helped keep the man at ease and prevented a bigger casualty.


Dulce Franco.